Page 2

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

FILED BY _____ D.C.

MAY 22 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| United States District Court | District Southern Florida |
|---|---|
| Name (under which you were convicted): Jose Ricardo Ramirez-Romero | Docket or Case No.: 0:22-cr-60131-RS |
| Place of Confinement: BOP FCI Allenwood Low | Prisoner No.: 07534-510 |

UNITED STATES OF AMERICA       Movant (include name under which convicted)

v.   Ruben Dominguez Estrada, et al.

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court, Southern District of Florida
   (Ft. Lauderdale) ; 301 N Miami Ave, Miami, FL 33128-7702
   (b) Criminal docket or case number (if you know): 0:22-cr-60131-RS
2. (a) Date of the judgment of conviction (if you know): 12/20/2022
   (b) Date of sentencing: 03/29/2023
3. Length of sentence: 204 Months, 5 years supervised release
4. Nature of crime (all counts): _____
   Count 1: 21 USC Section 841(a)(1) and 846 - 50 grams or more of
   Methamphetamine
   Count 2: 21 USC Section 841(a)(1) and 846 - 50 grams or more of
   Methamphetamine

5. (a) What was your plea? (Check one)
   (1)  Not guilty ☐      (2)  Guilty ☒      (3)  Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment,
   what did you plead guilty to and what did you plead not guilty to? _____ N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐      Judge only ☐
7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐      No ☒

8.  Did you appeal from the judgment of conviction?          Yes ☒     No ☐

9.  If you did appeal, answer the following:

    (a) Name of court: _United States Court of Appeals (11th Cir.)_

    (b) Docket or case number (if you know): _23-11188-H_

    (c) Result: _Dismissed_

    (d) Date of result (if you know): _05/17/2023_

    (e) Citation to the case (if you know): _N/A_

    (f) Grounds raised: _____

    _Unknown, Transcript Order Form Untimely filed by_
    _Retained counsel_

    _____

    _____

    _____

    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐  No ☒

        If "Yes," answer the following:

        (1) Docket or case number (if you know): _____

        (2) Result: _____

        _____

        (3) Date of result (if you know): _____

        (4) Citation to the case (if you know): _____

        (5) Grounds raised: _____

        _____

        _____

        _____

        _____

        _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications
    concerning this judgment of conviction in any court?

    Yes ☒  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _United States District Court, Southern District of Florida_

        (2) Docket or case number (if you know): _0:22-cr-60131-RS_

        (3) Date of filing (if you know): _02/26/2024_

        (4) Nature of the proceeding: _18:3582_

        (5) Grounds raised: _Amendment 821 application - Defendant_

had a zero-point criminal history at sentencing. Under USCSC Amendment 821, Defendant should receive a two-point reduction in offense level (effectively a 'zero' criminal history category) after factoring other sentencing considerations.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐ No ☒

(7) Result: **Denied**

(8) Date of result (if you know): **03 / 06 / 2024**

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:     Yes ☐ No ☒

(2) Second petition:     Yes ☐ No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

The Court stated grounds which are related to current 2255 motion and will be addressed in this application.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>Did the Government fail to disclose exculpatory evidence regarding other unindicted individuals in a conspiracy?</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>On 03/29/2023, at Sentencing of Defendant the Government stated an individual ("Mendoza") could not be arraigned and tried in original indictment. The Government filed a request with the Court to seal the indictment, then unsealed it to 6 (six) cospirators. The Government did not provide the evidence pertaining to an unindicted individual MENDOZA denying Defendant exculpatory evidence as to his role in a conspiracy.</u>

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: <u>Preponderance of the evidence was conducted after retained counsel failed to provide adequate assistance.</u>

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

_____

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Defendant raised issue at sentencing [hearing] but Counsel did not bring the objection to the Court.__

_____

_____

**GROUND TWO:** __Did Counsel for defendant provide ineffective assistance by not bringing litigation requested by client?__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __Defendant asserts that Counsel was constitutionally deficient at sentencing proceedings by not following requests, denying effective assistance in litigation. Counsel failed to timely file Transcript Order at Direct Appeal denying Defendant effective assistance.__

_____

_____

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: __Defendant did not find Counsel truly deficient until failure to timely file Transcript order in Direct Appeal.__

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____Defendant is timely addressing unconstitutional claims in this application_____

_____

_____

GROUND THREE: Was Defendant inappropately enhanced as a leader?

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____ By the Government not providing exculpatory evidence

as it relates to MENDOZA, Defendant's role in the conspiracy was artifically enhanced to appear he was a leader on the criminal complaint. The evidence from the original indictment pertaining to MENDOZA was never included in the statement of facts (DKT. 72), which portrayed Defendant as a leader erroneously.

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Counsel failed to timely file Transcript Order allowing the Direct Appeal where this claim should have been addressed.

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: ___Defendant is timely addressing this ground under
"Ineffective assistance" (ground two) claim.___

_____

_____

_____

GROUND FOUR: ___Was the Government misrepresenting evidence
to enhance Defendant as a leader of a conspiracy?___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
___Government requested the original indictment sealed then
unsealed to conspirators who were issued (at later hearing)
arrest warrants. The individual "MENDOZA" was sealed
and no apprehension nor trial was held. In the statement
of facts as it pertains to Defendant, no information
regarding "Mendoza" was available, leading the court
to believe Defendant was a leader of a conspiracy.___

_____

(b) Direct Appeal of Ground Four:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ❑  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: ___Counsel failed to timely file Transcript order allowing
the direct appeal to be dismissed without addressing.___

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ❑  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Defendant is timely claiming breach of established law practice which protects limited resource individuals from "deep pocket" Government investigations misportraying the evidence in criminal proceedings.__

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __Ground One, Two, Three and Four were not previously presented to federal courts as this application (2255) is within one-year of this criminal case becoming final (dismissal of direct appeal).__

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: David C. Tarris, The Rossen Law Firm, 6400 N. Andrews Ave., Suite 510, Fort Lauderdale, FL 33309

(b) At arraignment and plea: The Rossen Law Firm of Ft. Lauderdale, FL 33709 David C. Tarris, as above 6400 N Andrews Ave, Suite 510

(c) At trial: The Rossen Law Firm of Ft. Lauderdale, FL 33309 David C. Tarris, as above 6400 N Andrews Ave, Suite 510

(d) At sentencing: The Rossen Law Firm of Ft. Lauderdal, FL 33309 David C. Tarris, as above 6400 N Andrews Ave, Suite 510

(e) On appeal: The Rossen Law Firm of Ft. Lauderdale, FL 33309 David C. Tarris, as above 6400 N Andrews Ave, Suite 510

(f) In any post-conviction proceeding: Pro Se representation

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The Defendant was Sentenced on 03/29/2023, a direct appeal followed on 04/17/2023. The Direct Appeal was dismissed on 5/17/2023. This application is timely filed.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: _Modify the PSI removing_
_the leadership enhancement, adjust the guideline range as_
_amended by USSC Amendment 821 and resentence defendant to 148 months_
or any other relief to which movant may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _the 16th of_
_May , 2024_ (month, date, year).


Executed (signed) on _5/15/2024_ (date).


_Jose Ricardo Ramirez_
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this
motion. _____

_____

_____

\* \* \* \* \*

