**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-60131-CR-SMITH**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE RICARDO RAMIREZ ROMERO,

    Defendant.
_____/

**ORDER**

This cause is before the Court on Movant's letter requesting an extension of time to file a motion to vacate [DE 198]. Movant requests a ninety-day extension to file the motion to vacate.

Movant has already filed a motion to vacate. (*See* DE 199.) The motion to vacate was mailed on May 16, 2024 and docketed on May 22, 2024. (*Id*. at 12). Because Movant has already filed a motion to vacate, the request for an extension to file the motion to vacate is moot. The timeliness of the motion to vacate will be considered after the government has filed its response.

Based upon the foregoing, it is **ORDERED AND ADJUDGED** that the request for an extension to file a motion to vacate [DE 198] is **DENIED as MOOT.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of June, 2024.

                                        RODNEY SMITH
                                        UNITED STATES DISTRICT JUDGE

cc:
Jose Ricardo Ramirez Romero
07534-510
Allenwood Low
Federal Correctional Institution

Inmate Mail/Parcels
Post Office Box 1000
White Deer, PA 17887
PRO SE

James Ustynoski
US Attorney's Office
99 NE 4th Street
Miami, FL 33132
Email: James.Ustynoski@USDOJ.GOV