```
 1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                      (FORT LAUDERDALE)
                       CASE NO.  18-CV-60131
 3

 4   UNITED STATES OF AMERICA,
                Plaintiff,              Fort Lauderdale, Florida
 5   vs.                                December 20, 2022

 6   JOSE RICARDO RAMIREZ ROMERO,
                Defendants.
 7   -------------------------------------------------------
                      Change of Plea hearing
 8            BEFORE THE HONORABLE RODNEY SMITH
                 UNITED STATES DISTRICT JUDGE
 9
     APPEARANCES:
10   FOR THE PLAINTIFF:   UNITED STATES ATTORNEY'S OFFICE, by:
                          James M. Ustynoski, Esq.,
11                        99 NE 4th Street
                          Miami, Florida  33131
12

13   FOR THE DEFENDANT:   THE ROSSEN LAW FIRM, by:
                          David Clay Tarras, Esq.
14                        6400 N. Andrews Avenue, Suite 510
                          Fort Lauderdale, Florida 33309
15

16   ALSO PRESENT:  Spanish interpreter

17

18

19

20   STENOGRAPHICALLY
     REPORTED BY:          ELLEN A. RASSIE, RMR-CRR
21                         Official Court Reporter to the
                           Honorable Rodney Smith
22                         299 E. Broward Blvd., Room 207-C
                           Fort Lauderdale, Florida  33301
23

24

25
```

1              (Called to the order of the Court at 10:07 a.m.)

2              THE COURT:  Good morning, everyone.  You may be

3    seated, please.

4              THE COURTROOM DEPUTY:  United States of America

5    versus Jose Ricardo Ramirez Romero and Jhonny Arnaldo Moscozo

6    Guerra.  Case number is 22-CR-60131, Smith.

7              Counsel, please state your appearances for the record.

8              MR. USTYNOSKI:  Good morning, your Honor.  Jimmy

9    Ustynoski on behalf of the United States.

10             THE COURT:  Good morning.

11             MR. MERLINO:  Good morning, Judge.  Richard Merlino

12   on behalf of Jhonny Arnaldo Moscozo Guerra.  He's seated to my

13   left and he does need the assistance of an in-court Spanish

14   interpreter.

15             THE COURT:  All right.

16             MR. TARRAS:  Good morning, your Honor.  David Tarras

17   on behalf of Jose Ricardo Ramirez Romero who's present in

18   custody to my right who's also being assisted by the Spanish

19   interpreter.

20             THE COURT:  All right.  Thank you.  Good morning.

21   We're here for a change of plea; is that correct?

22             MR. MERLINO:  That's correct, Judge.

23             MR. TARRAS:  Yes, your Honor.

24             THE COURT:  Patricia, you want to swear in the

25   defendants and also the interpreter first?

```
 1              THE COURTROOM DEPUTY:  Yes.  Madame Interpreter.
 2    Raise your right hand.
 3                        (Interpreter sworn.)
 4              THE INTERPRETER:  Yes, I do.
 5              THE COURTROOM DEPUTY:  Thank you.  Mr. Guerra and
 6    Mr. Romero, please raise your right hand.
 7                        (Defendants sworn.)
 8              DEFENDANT GUERRA:  Yes.
 9              DEFENDANT ROMERO:  Yes.
10              THE COURTROOM DEPUTY:  Thank you.
11              THE COURT:  All right.  With respect to both
12    Mr. Jhonny Arnaldo Moscozo Guerra and Jose Ricardo Ramirez
13    Romero, do you understand that you are now under oath and if
14    you answer any of my questions falsely, all of your answers may
15    later be used against you in another for prosecution for
16    perjury or making a false statement, beginning with Mr. Guerra?
17              DEFENDANT GUERRA:  Yes.
18              THE COURT:  Mr. Romero?
19              DEFENDANT ROMERO:  Yes.  Yes, sir.
20              THE COURT:  What is your full name starting with
21    Mr. Guerra?
22              DEFENDANT GUERRA:  Jhonny Arnaldo Moscozo Guerra.
23              THE COURT:  And have you ever been known by any other
24    name or alias?
25              DEFENDANT GUERRA:  No.
```

1          THE COURT:  Same question for Mr. Romero.  State your

2   full name and also state whether you have been known by any

3   other name or alias.

4          DEFENDANT ROMERO:  Jose Ricardo Ramirez Romero.  No.

5          THE COURT:  Where were you born, Mr. Guerra?

6          DEFENDANT GUERRA:  Guatemala.

7          THE COURT:  And Mr. Romero?

8          DEFENDANT ROMERO:  Mexico.

9          THE COURT:  When did you come to the United States,

10  Mr. Guerra?

11         DEFENDANT GUERRA:  Around 2014 or about 2013.

12         THE COURT:  Mr. Romero?

13         DEFENDANT ROMERO:  In 2009.

14         THE COURT:  All right.  And what is your date of

15  birth and age, Mr. Guerra?

16         DEFENDANT GUERRA:  28 years old.  February 23, 1994.

17         THE COURT:  Mr. Romero?

18         DEFENDANT ROMERO:  April 26, 1993.  29 years old.

19         THE COURT:  All right.  How far did you go in school

20  and where, Mr. Guerra?

21         DEFENDANT GUERRA:  In Guatemala, and I reached the

22  fifth year of business administration.

23         THE COURT:  Mr. Romero?

24         DEFENDANT ROMERO:  High school or secondary school,

25  second year.

```
 1            THE COURT:  All right.  Are you a citizen of the
 2   United States or a resident, Mr. Guerra?
 3            DEFENDANT GUERRA:  No.
 4            THE COURT:  Mr. Romero?
 5            DEFENDANT ROMERO:  Yes, a resident.
 6            THE COURT:  Have you ever been treated for my mental
 7   illness or addiction to alcohol or narcotic drug of any kind,
 8   Mr. Guerra?
 9            DEFENDANT GUERRA:  No.
10            THE COURT:  Mr. Romero?
11            DEFENDANT ROMERO:  No, sir.
12            THE COURT:  Are you currently under the influence of
13   any prescription drugs, narcotic medication or alcoholic
14   beverage of any kind, Mr. Guerra?
15            DEFENDANT GUERRA:  No, sir.
16            THE COURT:  Mr. Romero?
17            DEFENDANT ROMERO:  No, sir.
18            THE COURT:  Have you taken any drugs, medication or
19   alcohol in the last 48 hours, Mr. Guerra?
20            DEFENDANT GUERRA:  No, sir.
21            THE COURT:  Mr. Romero?
22            DEFENDANT ROMERO:  No, sir.
23            THE COURT:  Are you currently under the care or
24   treatment of any physician, psychologist or psychiatrist,
25   Mr. Guerra?
```

```
 1                 DEFENDANT GUERRA:  No.

 2                 THE COURT:  Mr. Romero?

 3                 DEFENDANT ROMERO:  No, sir.

 4                 THE COURT:  Do you have a physical or mental

 5      condition or illness which would prevent you from understanding

 6      what is happening in court today, Mr. Guerra?

 7                 DEFENDANT GUERRA:  No, sir.

 8                 THE COURT:  Mr. Romero?

 9                 DEFENDANT ROMERO:  No, sir.

10                 THE COURT:  Do you understand everything that I'm

11      saying and everything that is going on here today, Mr. Guerra?

12                 DEFENDANT GUERRA:  Yes, sir.

13                 THE COURT:  Mr. Romero?

14                 DEFENDANT ROMERO:  Yes, sir.

15                 THE COURT:  Mr. Merlino, do you agree as to the

16      competency of your client, Mr. Guerra, to enter this plea, sir?

17                 MR. MERLINO:  Yes, sir.

18                 THE COURT:  Same thing for you, Mr. Tarras?

19                 MR. TARRAS:  Yes, your Honor.

20                 THE COURT:  All right.  Thank you.  Now, have you

21      received a copy of the indictment pending against you, that is

22      the written charges made against you in this case, Mr. Guerra?

23                 DEFENDANT GUERRA:  Yes.

24                 THE COURT:  Mr. Romero?

25                 DEFENDANT ROMERO:  Yes, sir.
```

```
1            THE COURT:  And have you discussed the charges and

2   the case in general with your attorney, Mr. Merlino, as it

3   pertains to Mr. Guerra and Mr. Tarras as it pertains to

4   Mr. Romero, starting with Mr. Guerra?

5            MR. MERLINO:  Yes, Judge.

6            DEFENDANT GUERRA:  Yes, sir.

7            THE COURT:  Mr. Romero?

8            DEFENDANT ROMERO:  Yes, sir.

9            THE COURT:  Have you discussed possible defense

10  strategies with your attorney, Mr. Guerra?

11           DEFENDANT GUERRA:  Yes, sir.

12           THE COURT:  Mr. Romero?

13           DEFENDANT ROMERO:  Yes, sir.

14           THE COURT:  And are you fully satisfied with the

15  counsel representation and advice given to you in this case by

16  your attorney, Mr. Guerra?

17           DEFENDANT GUERRA:  Yes, sir.

18           THE COURT:  Mr. Romero?

19           DEFENDANT ROMERO:  Yes, sir.

20           THE COURT:  Is there anything concerning your

21  representation that you are not satisfied with, Mr. Guerra?

22           DEFENDANT GUERRA:  No, sir.

23           THE COURT:  Mr. Romero?

24           THE DEFENDANT:  No, sir.

25           THE COURT:  All right.  As it pertains to Mr. Guerra,
```

1    it states that the defendant agrees to plead guilty to Count 1

2    of the indictment which charges the defendant with conspiracy

3    to possess with the intent to distribute a controlled

4    substance, which is in violation of Title 21 United States Code

5    Section 841(a)(1) and 846 pursuant to Title 21 United States

6    Code Section 841(b)(1)(a).  The amount involved in Count 1 is

7    50 grams or more of methamphetamine.

8         You have agreed to plead guilty to that count; is that

9    correct, Mr. Guerra?

10        DEFENDANT GUERRA:  Yes, sir.

11        THE COURT:  And do you understand that charge?

12        DEFENDANT GUERRA:  Yes, sir.

13        THE COURT:  Now, with respect to Mr. Romero, the plea

14   agreement states that the defendant agrees to plead guilty to

15   Counts 1 and 2 of the indictment, which charge the defendant

16   with conspiracy to possess with the intent to distribute a

17   controlled substance in violation of Title 21 United States

18   Code Sections 481(A)(1) and 846, pursuant to Title 21 United

19   States code section 841(b)(1)(a).  The amounts involved in

20   Counts 1 and 2 are 50 grams or more of methamphetamine.

21        Have you agreed to plead guilty to Counts 1 and 2,

22   Mr. Romero?

23        DEFENDANT ROMERO:  Yes, sir.

24        THE COURT:  And do you understand those charges?

25        DEFENDANT ROMERO:  Yes, sir.

1          THE COURT:  I will ask for the record if the

2     Government would set forth the elements of Count 1 as it

3     pertains to Mr. Guerra, and Counts 1 and 2 as it pertains --

4     I'm sorry, as to Count 1, as it pertains to Mr. Guerra and

5     Counts 1 and 2 as it pertains to Mr. Romero.

6          MR. USTYNOSKI:  Your Honor, the Government would have

7     to prove that two or more people agreed to partake in an

8     unlawful plan to possess with the intent to distribute 50 grams

9     or more of methamphetamine, and that each defendant knew the

10    purpose of the unlawful plan and willingly and willfully

11    participated in that plan.

12         THE COURT:  Mr. Merlino, are you satisfied that that

13    is a correct statement of the elements of Count 1?

14         MR. MERLINO:  Yes, Judge.

15         THE COURT:  Mr. Tarras.

16         MR. TARRAS:  Yes, your Honor.

17         THE COURT:  Also, will you state the steps that you

18    have taken to familiarize your clients with the indictment, the

19    charges against them, and specifically Count 1 of the

20    indictment and its element for Mr. Guerra and also for

21    Mr. Romero, Counts 1 and 2 respectfully.

22         We'll start with Mr. Merlino first.

23         MR. MERLINO:  Absolutely, Judge.  Good morning again.

24    Thank you for the appointment on this case, Judge.  Judge, I

25    was appointed as CJA counsel.

1          When I came aboard, I immediately introduced myself to

2     the prosecutor.  Shortly thereafter, I did meet Mr. Guerra who

3     had already bonded out on a personal surety bond.  I met with

4     him in conjunction with my investigator, Ike Rodriguez, who's

5     in the audience behind me, went over the indictment with him at

6     that point in time which he had already seen and gone over

7     because he did have a bond hearing and already an arraignment

8     scheduled in that case.

9          Discovery was given to me shortly thereafter on a

10    thumb drive.  We reviewed that, went over the sentencing

11    guidelines that are applicable in this case.

12         More importantly, went over the statutory maximum

13    which is life, ten-year minimum mandatory, how that applies,

14    possible defenses, possible sentencing strategies.

15         And with that, Judge, he has made a determination that

16    given the totality of the circumstances, it's in his best

17    interest to enter a change of plea and not pursue trial in this

18    case.  I believe he's competent to do so.  I believe he's doing

19    so knowingly and voluntarily.

20         THE COURT:  Thank you.  Mr. Tarras?

21         MR. TARRAS:  Thank you, your Honor.  I was retained

22    in the case after Mr. Ramirez Romero was arrested in Lexington,

23    Kentucky.  I did coordinate with his local attorney, Charles

24    Gore, at the time who had been retained for the purpose of

25    initial appearance and bond, potential detention hearing in

1   Kentucky.

2        In coordinating with Mr. Gore, we decided that the

3   best thing to do would be to waive detention hearing in

4   Kentucky and have Mr. Ramirez Romero be transported to the

5   Southern District of Florida to discuss potential bond

6   negotiations.

7        Then I did have bond discussions with the prosecutor

8   in this matter, Mr. Ustynoski, and ultimately decided it would

9   be in Mr. Romero's best interest to remain on the stipulated

10  bond that was set by this court, or the magistrate court at the

11  $250,000 with the hold and understanding that that would not be

12  able to be satisfied in this case.

13       I did receive discovery in this case which was

14  extensive.  I met with the interpreter and Mr. Romero on

15  multiple occasions both in person at the Paul Ryan Detention

16  Center, as well as over video call through Securus.

17       We went through all of the discovery that pertains to

18  Mr. Ramirez Romero and as relevant to his co-defendants in this

19  matter.  We discussed a variety of defense strategies.  Motions

20  that would or would not be available to Mr. Ramirez Romero in

21  this case.

22       The consequences of entering into a plea, the pros of

23  cons and entering into a plea versus going to trial.  I did

24  have multiple conversations with the agents involved in this

25  case as well as Mr. Ustynoski regarding the underlying facts

1    and the conspiracy as a whole and which Mr. Ramirez Romero

2    participated in and was satisfied with ultimately deciding that

3    it was in his best interest fully and knowingly to enter into a

4    plea to Count 1 and Count 2.

5            Everything -- all the documents that we reviewed and

6    all of the meetings that I had with Mr. Ramirez Romero were

7    accompanied by an interpreter, and I'm confident that he has

8    understood everything and understands what's going on today and

9    is knowingly and voluntarily entering a plea.

10           THE COURT:  Having heard the steps taken by each of

11   your attorneys, is that your understanding, Mr. Guerra?

12           DEFENDANT GUERRA:  Yes, sir.

13           THE COURT:  And Mr. Romero?

14           DEFENDANT ROMERO:  Yes, sir.

15           THE COURT:  Now, do you understand that if you went

16   to trial, the Government would have to prove beyond a

17   reasonable doubt those elements which was stated by the

18   prosecutor, Mr. Ustynoski?

19           Do you understand that, Mr. Guerra?

20           DEFENDANT GUERRA:  Yes, sir.

21           THE COURT:  And Mr. Romero?

22           DEFENDANT ROMERO:  Yes, sir.

23           THE COURT:  There's a forfeiture involved?  Yes.  All

24   right.

25           Do you understand that the Government is seeking to

1    forfeit or take from you the property listed in the indictment,

2    or any property derived from or used in or traceable to the

3    crimes alleged in the indictment, Mr. Guerra?

4             DEFENDANT GUERRA:  Yes, sir.

5             THE COURT:  And Mr. Romero?

6             DEFENDANT ROMERO:  Yes, sir.

7             THE COURT:  And do you agree to forfeit to the

8    Government that property identified in the forfeiture

9    allegations of the indictment, Mr. Guerra?

10            DEFENDANT GUERRA:  Yes.

11            THE COURT:  Mr. Romero?

12            DEFENDANT ROMERO:  Yes, sir.

13            THE COURT:  All right.  I have before me a written

14   plea agreement.  Before you signed the written plea agreement,

15   did you have a full and complete opportunity to talk to your

16   lawyer about its contents, Mr. Guerra?

17            MR. TARRAS:  Your Honor, may we have one moment?  I

18   believe the sound was lost by Mr. Romero.

19            THE COURT:  I can repeat it.  All right.  Before you

20   signed the written plea agreement, did you have a full and

21   complete opportunity to talk to your lawyer about its contents,

22   Mr. Guerra?

23            DEFENDANT GUERRA:  Yes, sir.

24            THE COURT:  And Mr. Romero?

25            DEFENDANT ROMERO:  Yes, sir.

```
1              THE COURT:  Now, do you understand the written plea
2    agreement in its entirety, Mr. Guerra?
3              DEFENDANT GUERRA:  Yes, sir.
4              THE COURT:  And Mr. Romero?
5              DEFENDANT ROMERO:  Yes, sir.
6              THE COURT:  Does the plea agreement represent in its
7    entirety the understanding that you have with the Government?
8         Mr. Guerra?
9              DEFENDANT GUERRA:  Yes, sir.
10             THE COURT:  Mr. Romero?
11             DEFENDANT ROMERO:  Yes, sir.
12             THE COURT:  Is it correct that there are no
13   additional promises made to you that are not contained in this
14   plea agreement?  Mr. Guerra?
15             DEFENDANT GUERRA:  Yes, sir.
16             THE COURT:  Mr. Romero?
17             DEFENDANT ROMERO:  Yes, sir.
18             THE COURT:  Now, did you sign the plea agreement only
19   after you have read and understood everything contained on each
20   page?  Mr. Guerra?
21             DEFENDANT GUERRA:  Yes, sir.
22             THE COURT:  And Mr. Romero?
23             DEFENDANT ROMERO:  Yes, sir.
24             THE COURT:  Is there any questions that you have
25   concerning your plea agreement, Mr. Guerra?
```

```
 1              DEFENDANT GUERRA:  No, sir.

 2              THE COURT:  Mr. Romero?

 3              DEFENDANT ROMERO:  No, sir.

 4              THE COURT:  Did you sign the plea agreement in the

 5    presence of your attorney, Mr. Guerra?

 6              DEFENDANT GUERRA:  Yes, sir.

 7              THE COURT:  Mr. Romero?

 8              DEFENDANT ROMERO:  Yes, sir.

 9              THE COURT:  Also, do you understand that the terms of

10    the plea agreement are merely recommendations to the court, and

11    that I can reject the recommendations without permitting you to

12    withdraw your plea of guilty and that I can also impose a

13    sentence that is more severe --

14              THE INTERPRETER:  I'm sorry, I missed a moment, your

15    Honor.

16              THE COURT:  Okay.  I will repeat it.  Do you

17    understand that the terms of the plea agreement are merely

18    recommendations to the court, that I can reject the

19    recommendations without permitting you to withdraw your plea of

20    guilty, and that I can pose a sentence that is more severe than

21    you may anticipate?  Mr. Guerra?

22              DEFENDANT GUERRA:  Yes, sir.

23              THE COURT:  And Mr. Romero?

24              DEFENDANT ROMERO:  Yes, sir.

25              THE COURT:  Will the Government please advise me of
```

```
 1  the maximum penalty provided by law, and any mandatory minimum

 2  penalty as well, if any?

 3          MR. USTYNOSKI:  Your Honor, as to each of Counts 1

 4  and 2, the defendants face a mandatory, a statutory mandatory

 5  minimum of ten years imprisonment, and your Honor may impose a

 6  statutory maximum term of imprisonment of up to life, followed

 7  by a term of supervised release of at least five years and up

 8  to life.  There's also the possibility that the court could

 9  impose a fine of up to ten million dollars.

10          THE COURT:  All right.  The United States Sentencing

11  Commission has issued advisory guidelines for judges to follow

12  to determine a sentence in a criminal case.

13          Have you and your attorney had the opportunity to talk

14  about how the sentencing guidelines may apply to the charge

15  that you're prepared to plead guilty to, that is Count 1 for

16  Mr. Guerra?

17          DEFENDANT GUERRA:  Yes, sir.

18          THE COURT:  And Counts 1 and 2 for Mr. Romero?

19          DEFENDANT ROMERO:  Yes, sir.

20          THE COURT:  Do you understand that your sentence will

21  be calculated pursuant to the sentencing guidelines which

22  assigns a score to your offense and to your criminal history?

23          Mr. Guerra?

24          DEFENDANT GUERRA:  Yes, sir.

25          THE COURT:  Mr. Romero?
```

```
 1            DEFENDANT ROMERO:  Yes, sir.
 2            THE COURT:  Do you understand that any estimate of
 3    the sentence given to you by your attorney or others is only an
 4    estimate, and that I will not determine the sentence until I
 5    have reviewed a presentence investigation report?
 6            Mr. Guerra?
 7            DEFENDANT GUERRA:  Yes, sir.
 8            THE COURT:  Mr. Romero?
 9            DEFENDANT ROMERO:  Yes, sir.
10            THE COURT:  Do you understand that you will not be
11    allowed to withdraw your guilty plea solely as a result of the
12    sentence that you receive?
13            Mr. Guerra?
14            DEFENDANT GUERRA:  Yes, sir.
15            THE COURT:  Mr. Romero?
16            DEFENDANT ROMERO:  Yes, sir.
17            THE COURT:  Do you understand that under some
18    circumstances, you or the Government may have the right to
19    appeal the sentence that I impose?  Mr. Guerra?
20            DEFENDANT GUERRA:  Yes, sir.
21            THE COURT:  Mr. Romero?
22            THE DEFENDANT:  Yes, sir.
23            THE COURT:  Do you understand that I can depart or
24    vary from the sentencing guidelines and give you a sentence
25    that is higher or lower than the sentence fixed by the
```

```
 1   sentencing guidelines?  Mr. Guerra?

 2           DEFENDANT GUERRA:  Yes, sir.

 3           THE COURT:  Mr. Romero?

 4           DEFENDANT ROMERO:  Yes, sir.

 5           THE COURT:  Do you understand that if I depart or

 6   vary upward from the sentencing guidelines, you may appeal the

 7   sentence?  Mr. Guerra?

 8           DEFENDANT GUERRA:  Yes, sir.

 9           THE COURT:  Mr. Romero?

10           DEFENDANT ROMERO:  Yes, sir.

11           THE COURT:  Do you understand that if I depart or

12   vary downward from the sentencing guidelines, you or the

13   Government may appeal the sentence?  Mr. Guerra?

14           DEFENDANT GUERRA:  Yes, sir.

15           THE COURT:  Mr. Romero?

16           DEFENDANT ROMERO:  Yes, sir.

17           THE COURT:  Has it been explained to you that parole

18   has been abolished in the federal system, so if you are

19   sentenced to prison, you will not be released early on parole?

20       Mr. Guerra?

21           DEFENDANT GUERRA:  Yes, sir.

22           THE COURT:  Mr. Romero?

23           DEFENDANT ROMERO:  Yes, sir.

24           THE COURT:  Has anyone made any other or different

25   promise or assurance of any kind to you in an effort to induce
```

```
 1   you to plead guilty?
 2          Mr. Guerra?
 3          DEFENDANT GUERRA:  No, sir.
 4          THE COURT:  Mr. Romero?
 5          DEFENDANT ROMERO:  No, sir.
 6          THE COURT:  Has anyone attempted in any way to force
 7   to you plead guilty, Mr. Guerra?
 8          DEFENDANT GUERRA:  No, sir.
 9          THE COURT:  Mr. Romero?
10          DEFENDANT ROMERO:  No, sir.
11          THE COURT:  Has your lawyer done everything that you
12   asked him to do regarding your case, Mr. Guerra?
13          DEFENDANT GUERRA:  Yes, sir.
14          THE COURT:  Mr. Romero?
15          DEFENDANT ROMERO:  Yes, sir.
16          THE COURT:  Is there anything that has not been done
17   in your case, Mr. Guerra?
18          DEFENDANT GUERRA:  No, sir.
19          THE COURT:  Mr. Romero?
20          DEFENDANT ROMERO:  No, sir.
21          THE COURT:  In other words, are you stating that in
22   your case, everything has been completed, there's nothing left
23   to do; is that correct, Mr. Guerra?
24          DEFENDANT GUERRA:  Yes, sir.
25          THE COURT:  Mr. Romero?
```

```
1              DEFENDANT ROMERO:  Yes, sir.
2              THE COURT:  And do you understand that the offense to
3    which you are pleading guilty is a felony offense, that if your
4    plea is accepted, you will be adjudged guilty of that offense
5    and that such adjudication may deprive you of valuable civil
6    rights?  Mr. Guerra?
7              DEFENDANT GUERRA:  Yes, sir.
8              THE COURT:  Mr. Romero?
9              DEFENDANT ROMERO:  Yes, sir.
10             THE COURT:  These include the right to vote, the
11   right to hold office, the right to serve on a jury and the
12   right to possess any kind of firearm or ammunitions.
13        Mr. Guerra?
14             DEFENDNANT GUERRA:  Yes, sir.
15             THE COURT:  Mr. Romero?
16             DEFENDANT ROMERO:  Yes, sir.
17             THE COURT:  And do you understand that an
18   adjudication of guilt could also affect your immigration status
19   or your ability to remain in or return to the United States?
20        Mr. Guerra?
21             DEFENDANT GUERRA:  Yes, sir.
22             THE COURT:  Mr. Romero?
23             DEFENDANT ROMERO:  Yes, sir.
24             THE COURT:  And do you understand that if you
25   committed the crimes for which you are pleading guilty before
```

1    you are naturalized, the court may initiate denaturalization

2    proceedings against you, Mr. Guerra?

3            DEFENDANT GUERRA:  Yes, sir.

4            THE COURT:  Mr. Romero?

5            DEFENDANT ROMERO:  Yes, sir.

6            THE COURT:  Now, regardless of any discussions or

7    advice that you had or did not have with your attorney or

8    anyone else, are you pleading guilty of your own free will

9    because you are, in fact, guilty?

10           Mr. Guerra?

11           DEFENDANT GUERRA:  Yes, sir.

12           THE COURT:  Mr. Romero?

13           DEFENDANT ROMERO:  Yes, sir.

14           THE COURT:  All right.  By pleading guilty,

15   Mr. Jhonny Arnaldo Moscozo Guerra and Jose Ricardo Ramirez

16   Romero, I'm now going to advise you of your constitutional

17   rights that you are waiving or giving up by entering a plea of

18   guilty.  They are as follows so please listen carefully as

19   well.

20           Do you understand that you have a right to plead not

21   guilty to any offense charged against you, and to persist in

22   that plea through a trial?

23           Mr. Guerra?

24           DEFENDANT GUERRA:  Yes, sir.

25           THE COURT:  Mr. Romero?

```
 1              DEFENDANT ROMERO:  Yes, sir.

 2              THE COURT:  Do you understand that if you plead not

 3      guilty, you would then have a right to have a trial by jury?

 4         Mr. Guerra?

 5              DEFENDANT GUERRA:  Yes, sir.  Yes, sir.

 6              THE COURT:  Mr. Romero?

 7              DEFENDANT ROMERO:  Yes, sir.

 8              THE COURT:  Furthermore, do you understand that at a

 9      trial, you would be presumed to be innocent, and the Government

10      would have to prove that you are guilty of and to the exclusion

11      of beyond every reasonable doubt?

12         Mr. Guerra?

13              DEFENDANT GUERRA:  Yes, sir.

14              THE COURT:  Mr. Romero?

15              DEFENDANT ROMERO:  Yes, sir.

16              THE COURT:  You will have the right to the assistance

17      of effective and competent counsel for your defense at trial

18      and at every other proceeding in this case, and that includes,

19      if you need it, the right to have counsel appointed for you

20      if you cannot afford to hire a lawyer on your own.

21         Mr. Guerra?

22              DEFENDANT GUERRA:  Yes, sir.

23              THE COURT:  Mr. Romero?

24              DEFENDANT ROMERO:  Yes, sir.

25              THE COURT:  You would have the right to see and hear
```

```
 1   all of the witnesses and evidence brought against you.

 2          Mr. Guerra?

 3          DEFENDANT GUERRA:  Yes, sir.

 4          THE COURT:  Mr. Romero?

 5          DEFENDANT ROMERO:  Yes, sir.

 6          THE COURT:  You would have the right to have the

 7   witnesses and evidence confronted and cross-examined in your

 8   defense.

 9          Mr. Guerra?

10          DEFENDANT GUERRA:  Yes, sir.

11          THE COURT:  Mr. Romero?

12          DEFENDANT ROMERO:  Yes, sir.

13          THE COURT:  You would have the right to the issuance

14   of subpoenas or compulsory process to compel the attendance of

15   witnesses and evidence for the promotion of your defense.

16          Mr. Guerra?

17          DEFENDANT GUERRA:  Yes, sir.

18          THE COURT:  Mr. Romero?

19          DEFENDANT ROMERO:  Yes, sir.

20          THE COURT:  You would have the right to decline to

21   testify unless you voluntarily elected to do so in your

22   defense, and if you decided not to testify, your silence could

23   not be used against you in any way, and you would retain the

24   presumption of innocence.

25          Mr. Guerra?
```

```
 1              DEFENDANT GUERRA:  Yes, sir.

 2              THE COURT:  Mr. Romero?

 3              DEFENDANT ROMERO:  Yes, sir.

 4              THE COURT:  If you were convicted, you would have the

 5    right to appeal your conviction.

 6              Mr. Guerra?

 7              DEFENDANT GUERRA:  Yes, sir.

 8              THE COURT:  Mr. Romero?

 9              DEFENDANT ROMERO:  Yes, sir.

10              THE COURT:  Do you further understand that if you

11    enter a plea of guilty, there will be no trial and that you

12    would have waived or given up your right to a trial as well as

13    those other rights associated with a trial that I just

14    described?

15              Mr. Guerra?

16              DEFENDANT GUERRA:  Yes, sir.

17              THE COURT:  Mr. Romero?

18              DEFENDANT ROMERO:  Yes, sir.

19              THE COURT:  Will the Government please set forth a

20    factual basis with regards to Count 1 and 2 of the indictment?

21              MR. USTYNOSKI:  Your Honor, there's no short way of

22    doing this one.  Is it all right if I remain seated?

23              THE COURT:  That's fine.

24              MR. USTYNOSKI:  Your Honor, if this case had

25    proceeded the trial, the Government would have proved the
```

following facts, among others, beyond a reasonable doubt.

In April of 2021, an FBI confidential human source identified Jhonny Arnaldo Moscozo Guerra as a broker of cocaine in South Florida.

In June, 2021, Guerra inquired whether the confidential human source would be interested in purchasing methamphetamine.  Shortly thereafter, the confidential human source began coordinating the purchase of methamphetamine from Guerra.

On June 24, 2021, Guerra contacted the confidential source and told the confidential human source that crystal methamphetamine was available.  Guerra priced the crystal methamphetamine at $11,000 per kilogram.  Guerra then provided a picture of the crystal methamphetamine to the confidential human source.

On July 1, 2021, Guerra told the source that it was impossible for the crystal methamphetamine to arrive that week but rather Monday or Tuesday of the next week.  Guerra said it was on its way, but to give him time because it was coming from Mexico.

On July 6, 2021, after several delays, Guerra sent the confidential human source a screenshot conversation between Guerra and his source of supply who law enforcement agents later identified as Jose Ricardo Ramirez Romero.

In the screen shot, Ramirez stated:  Friday it

1  arrives, bro.  I already spoke to Mexico.  On July 8, 2021,

2  Guerra told the confidential human source the crystal

3  methamphetamine will arrive tomorrow.

4          On July 9, 2021, Ramirez sent Guerra an audio message

5  saying the crystal methamphetamine was delayed.  Guerra

6  forwarded the audio message to the confidential human source.

7  The confidential human source asked Guerra if he had any other

8  product, to which Guerra stated he had approximately ten to

9  11 ounces of cocaine at $1,000 an ounce.

10          Guerra then sent the confidential human source a

11  picture of a brick cocaine.  The confidential human source

12  declined to purchase the ounces cocaine and told Guerra he only

13  wanted kilograms of cocaine.

14          Guerra further stated he would receive a kilogram and

15  a half of cocaine the following week.  No cocaine was ever

16  purchased by the confidential human source as a result of these

17  conversations, and the confidential human source continued to

18  wait for the methamphetamine that Guerra stated was soon to

19  arrive.

20          On July 20, 2021, detectives with the Lee County,

21  Florida Sheriff's Office Narcotics Unit were contacted by the

22  Florida Division of Homeland Security Investigations in

23  reference to a package containing suspected contraband.

24          HSI in Fort Myers explained that they were in

25  possession of a DHL parcel that was suspected to contain

1  illegal narcotics.  The parcel had been seized by the United

2  States Customs and Border Patrol on July 17, 2021 while en

3  route to its destination in Fort Myers, Florida.

4      The seizure was due to an inspection that arose and

5  suspicion following an x-ray inspection that an unidentified

6  item was located in the dead space of the contents of the

7  package.

8      Customs and Border Protection also conducted a free

9  air sniff of the package utilizing a narcotic K-9 that alerted

10  to the presence of contraband in the parcel.

11      Based upon the discovery through x-ray, CBP agents

12  conducted a more thorough search of the package and its

13  contents.  During the search, CBP agents located an

14  unidentified amount of a powdery white substance which was

15  positively identified as methamphetamine.

16      The parcel was subsequently turned over to the custody

17  of HSI.  The parcel tracking number ending in 7076 according to

18  the shipping label was shipped from a Carlos Sanchez-Sanchez at

19  76000 Av Constituents 22, in Queretaro, Mexico to a Ramon

20  Casados at 4375 Glenwood Avenue in Fort Myers, Florida.

21      A detective with the Lee County Sheriff's Office

22  obtained a state search warrant for the parcel.  Detectives

23  discovered that it contained two large air brake units

24  typically used for the operation in semi trucks.

25      The inside of the parcel had an odor of what was

1    determined to be a combination of brake grease and mustard

2    commonly used as masking agents by drug traffickers.

3          THE INTERPRETER:  Just a moment.  Just a moment.

4          Go ahead.

5          MR. USTYNOSKI:  I'll repeat that sentence just in

6    case.  The inside of the parcel had an odor of what was

7    determined to be a combination of brake grease and mustard,

8    common masking agents used by drug trafficking organizations.

9          According to HSI, the original CBP x-ray inspection

10   showed unknown items in the sealed chambers of the brake units

11   which totaled four.

12         The detectives removed the black enclosure covers of

13   the brake units and discovered four solid black taped items

14   concealed in the areas.  Detectives opened each of the

15   individual black taped items and discovered a white powdery

16   crystal-like substance.  Detectives conducted a presumptive

17   field test on the weight powdery crystal substance, and

18   received a positive result for the presence of methamphetamine.

19         Detectives placed each individual package on a digital

20   scale, and the total for Package 1 was 1000 grams.  Package 2

21   was over 1000 grams.  Package 3, likewise, just over 1000 grams

22   and Package 4 also just over 1000 grams of methamphetamine.

23         Package 1 was repacked into the original box with the

24   air brake units in order to be utilized in an undercover

25   operation.  The goal was to have the person identified as Ramon

1   Casados receive the package from the DHL location in Fort

2   Myers, Florida which is where the package was to be delivered

3   originally.

4           On July 21, 2021, DHL marked the parcel available for

5   pickup in their online database.  Sheriff's detectives also

6   placed a placard on the door of 4375 Glenwood Ave. in Fort

7   Myers, Florida that stated the parcel was available for pickup.

8           Although no individual attempted to pick up the

9   package on July 21, 2021, Guerra did call the confidential

10  human source to advise that Guerra would be getting the

11  methamphetamine in a little while.

12          On July 22, 2021, David Guerrero Hernandez arrived at

13  DHL in Fort Myers, Florida with a fake Mexican identifiers card

14  in the name of Ramon Casados, the name that the subject package

15  was addressed to.

16          There were no law enforcement officers present during

17  the surveillance at that time so the DHL employee told Guerrero

18  that the package was redirected to Miami.  The employee told

19  Guerrero that the package would be rerouted from Miami and

20  available for pickup in the coming days in Fort Myers.

21          Guerrero left a contact phone number for the employee

22  for future tracking updates.  Guerrero then departed the DHL

23  location.  The DHL employee as able to capture a picture of

24  Guerrero's vehicle and license plate which was YA2DSC.

25          The vehicle was queried in the Florida Driver

1   Information and Vehicle Database, otherwise known as DAVID,

2   which returned an address for 4375 Glenwood Avenue in Fort

3   Myers, Florida.  The name associated with the license plate was

4   David Guerrero Hernandez, a Hispanic male with a date of birth

5   of 12-29-67.

6        Later that day, Guerra told the confidential human

7   source that the methamphetamine was sent to Miami because his

8   friend was not at the house when the methamphetamine arrived.

9   Guerra told the confidential human source he will let the

10  source know when he has the methamphetamine in hand.

11       On July 27, 2021, Lee County Sheriff's Office

12  detectives conducted an undercover operation at the DHL Fort

13  Myers location in order to attempt to have Guerrero retrieve

14  the parcel containing the methamphetamine.

15       Detectives called the telephone number left by

16  Guerrero during the previous pickup attempt ending in 4841.  A

17  male subject answered the call and detectives informed him that

18  the package was at the DHL location and ready for pickup.  The

19  male subject verbally acknowledged the package and said he

20  would be in to pick it up.

21       Later that day, Guerrero arrived at the DHL location

22  and went into the business.  After Guerrero accepted the

23  package, he was detained while possessing the same Mexican I.D.

24  card in the name of Ramon Casados.

25       Detectives asked Guerrero if the Mexican I.D. card

1    belonged to him and Guerrero replied yes, see, that's me.

2    Guerrero was given his Miranda warnings in Spanish and agreed

3    to speak to detectives without a lawyer.

4          Guerrero explained that the picture on the Mexican

5    identification was of him, but the name Ramon Casados was part

6    of his fake I.D. that he was given by a friend.  Guerrero

7    elaborated by stating that his friend asked him to pick up the

8    package for him, and that the friend advised Guerrero that he

9    would need the fake identification to pick up the package.

10         Guerrero stated he took the picture with his cellphone

11   and sent it to the friend to make the fake I.D. but was only

12   able to identify the friend as Flakito.  Flakito is, in fact,

13   Guerra.

14         Guerrero was asked if he knew what was in the package,

15   and he stated Flakito told him the package contained Tortugas

16   which Guerrero understood to be brake units for large vehicles.

17         Guerrero also stated that he had a feeling that the

18   package and its contents were suspicious due to the methodology

19   described by Flakito regarding its pickup.  Despite this

20   feeling, Guerrero acknowledged that he chose to pick up the

21   package willfully.

22         Following the recorded interview, detectives informed

23   Guerrero exactly how much methamphetamine was in the package

24   concealed within the vehicle parts.  Guerrero did not react to

25   the quantity of the methamphetamine and displayed no emotion.

1  The package contained a net weight of 3.9 kilograms of

2  methamphetamine.

3        Based on all the evidence acquired by the FBI through

4  interactions and communications between the source and Guerra

5  regarding buying methamphetamine, as well as learning about the

6  3.9 kilograms of methamphetamine seized in Fort Myers, FBI

7  agents decided to approach Guerra for a noncustodial interview.

8        After FBI agents advised Guerra they would like to

9  talk to him, that he was not under arrest but it was voluntary

10  and he was free to leave at any time, Guerra agreed to

11  voluntarily talk with the agents at that time.

12        Guerra resides in Lehigh Acres, Florida.  Guerra

13  stated he's never been arrested in the United States or in

14  Guatemala where he's originally from.

15        Guerra explained that he is the middleman more or less

16  in the drug deals that he participated in.  One of his

17  associates would give him drugs which he would then find a

18  buyer for.

19        Once a transaction was completed, Guerra would receive

20  a small fee as the facilitator of the deal.  Guerra admitted he

21  has been involved in drug trafficking for approximately one

22  year.  He got involved to help feed his family and to pay rent.

23        Guerra stated he only sold ounces of cocaine in the

24  past.  People have asked him to find kilogram quantities in the

25  past but stated it never worked out.

```
 1          Guerra stated he attempted to set up a deal for
 2    several kilograms of cocaine about three months ago between his
 3    suppliers and buyer in Miami, but the deal fell through.  That
 4    buyer in Miami was actually an FBI confidential human source
 5    which is why it fell through.
 6          Guerra admitted he also recently attempted to broker a
 7    deal for four kilograms of methamphetamine between a supplier
 8    in Kentucky and a buyer in Miami.  This buyer in Miami was
 9    actually an FBI confidential human source.
10          Guerra stated he received a phone call from an
11    individual he met approximately two years ago named Ricardo.
12          THE INTERPRETER:  Excuse me.  A second, please.
13    Thank you very much, Mr. Ustynoski.
14          MR. USTYNOSKI:  Guerra admitted he also recently
15    attempted to broker a deal for four kilograms of
16    methamphetamine between a supplier in Kentucky and a buyer in
17    Miami.  Again, this buyer in Miami was an FBI confidential
18    human source.
19          Guerra stated he received a phone call from an
20    individual he met approximately two years ago named Ricardo
21    identified by agents as Jose Ricardo Ramirez Romero.
22          Guerra met Ramirez through Ramirez's brother whom
23    Guerra knows from working construction in the area.  Ramirez,
24    who is Mexican, lives in Kentucky.
25          Ramirez called to ask Guerra if he could find buyers
```

1   for some crystal methamphetamine.  Guerra found an interested

2   buyer in Miami which was the FBI confidential human source and

3   Ramirez coordinated with his associates in Mexico to have the

4   crystal methamphetamine sent to Florida for the deal.

5           Ramirez and Guerra had Guerrero pick up the crystal

6   methamphetamine package upon arrival in Florida.  Prior to

7   picking up the package up, Guerra stated he helped Guerrero

8   obtained a fake I.D. bearing the name Ramon Casados.

9           Guerra stated that once Guerrero received the crystal

10  meth package, he was going to give it to Guerra to sell to the

11  buyer in Miami.  However, upon receiving the package, Guerrero

12  was arrested by law enforcement.

13          When Guerrero posted bond and got out of jail, he told

14  Guerra what happened and stated that the package fell, meaning

15  it was seized.

16          Guerra stated he and Guerrero had multiple

17  conversations regarding the drugs that were to arrive at the

18  DHL parcel prior to its arrival.  Guerrero was unaware what

19  type of drugs were arriving, but was aware that he would be

20  receiving a small shipment of drugs via the DHL.  Moreover,

21  Guerrero was expecting to receive between $2,000 and $2,500

22  from Ramirez.

23          Turning to Count 2 of the indictment.  On October 15,

24  2021, the law enforcement confidential human source had a

25  consensual recorded phone call with Ramirez.

1          Ramirez contacted the human source and offered to

2     front 20 kilograms of crystal methamphetamine to the

3     confidential human source at $7,000 a kilogram.

4          Ramirez advised the confidential human source that the

5     source would have one week to fully pay for the 20 kilograms.

6     Ramirez stated they may want to start with ten kilograms first.

7     Ramirez advised the confidential human source to find a house

8     that the crystal methamphetamine can be delivered to.

9          On October 18, 2021, the confidential human source had

10    a consensual recorded phone call with Ramirez.  Ramirez

11    reiterated that he wanted the human source to find a house that

12    the crystal methamphetamine could be delivered to.

13         Once the crystal methamphetamine arrived, Ramirez

14    would send his representative also known as a courier to stay

15    for a couple of days to make sure everything was fine during

16    the first transaction.  For subsequent transactions, Ramirez

17    would only send a courier to collect the money.

18         On October 21, 2021, the confidential human source had

19    a consensual recorded phone call with Ramirez.  Ramirez said

20    the crystal methamphetamine will be sent directly to his

21    courier.  When they received the crystal methamphetamine, it

22    would go to a body shop where they would secrete the crystal

23    methamphetamine into a hidden compartment inside of a vehicle.

24         Ramirez said it takes about a week.  Ramirez said he

25    will send his courier's contact information to the confidential

1    human source.  Ramirez said his courier was reliable.

2         Ramirez said the vehicle was already at the dealer and

3    he just needed the green light -- just needed the green light

4    from the confidential human source for them deliver.  Ramirez

5    said the vehicle may arrive on a trailer.

6         On October 24, 2021, the confidential human source had

7    a consensual recorded call with Ramirez.  The confidential

8    human source advised Ramirez that the source had access to a

9    mechanic shop that could be used to receive the crystal

10   methamphetamine that Ramirez would be sending.

11        Ramirez stated he would consult with his

12   representative on the use of a mechanic shop.  Ramirez stated

13   that if the crystal methamphetamine is sent disarmed,

14   presumably unpackaged, the price would be cheaper at $6,500 per

15   kilogram.  Ramirez confirmed that he will be sending

16   20 kilograms.

17        On October 25, 2021, the human source had a consensual

18   recorded call with Ramirez.  Ramirez stated he would send ten

19   kilograms of crystal methamphetamine the following day which

20   will take two to three days to arrive on a trailer.  Ramirez

21   said the "Arab" will get the kilos of crystal methamphetamine

22   and deliver them.

23        Ramirez asked if the crystal methamphetamine would be

24   going to Lehigh Acres, Florida.  The confidential human sources

25   told Ramirez that the crystal methamphetamine would be going to

1   Fort Lauderdale.  The kilograms would cost $6,500 per kilogram

2   now and half needed to be paid up front.  Ramirez confirmed the

3   crystal methamphetamine would be arriving on a trailer.

4          On November 5, 2021, the confidential human source had

5   a consensual recorded call with Ramirez.  Ramirez stated his

6   courier needed a car when they arrived.  Ramirez stated the

7   crystal methamphetamine would arrive on Tuesday, November 9,

8   2021.

9          On November 6, 2021, the confidential human source had

10  a consensual recorded call with Ramirez on a phone number

11  ending in 9040.  Ramirez stated the crystal methamphetamine is

12  scarce at the end of the year and the price has been changed to

13  $7,000 per kilogram.

14         Ramirez stated the crystal methamphetamine will arrive

15  on Tuesday, November 9, 2021.  Ramirez stated his courier would

16  be flying in and would rent a car when they arrived.

17         On November 8, 2021, Ramirez using his Mexico

18  telephone number ending in 7290 communicated with the human

19  source via text and indicated the shipment would be slightly

20  delayed.

21         On November 9, 2021, the confidential human source had

22  a consensual recorded call with Ramirez on the same cellular

23  phone.  Ramirez stated the crystal methamphetamine will arrive

24  this week.  The confidential human source expressed concern to

25  Ramirez because Ramirez kept changing the arrival date of the

1    crystal meth.  Ramirez said he will speak to his representative

2    about the delays and call the human source back.

3         Later that evening from a new telephone number ending

4    in 4562, hereinafter cellular device 3, the confidential human

5    source 2 received a text message, "Bro" from Ramirez.  The

6    confidential human source did not see the message until the

7    following morning.

8         On November 10, 2021, the confidential human source

9    has a consensual recorded call with Ramirez on cellular device

10   3.  Ramirez told the confidential human source that the crystal

11   methamphetamine is on the way and may arrive Saturday, November

12   13, 2021 or Monday, November 15, 2021.

13        In the middle of the recorded conversation, Ramirez

14   received a phone call and placed the confidential human source

15   on hold.  When Ramirez returned, Ramirez told the source that

16   it is on the way.

17        Still on November 10, 2021, Ramirez forwarded the

18   confidential human source a copy of an audio message from

19   cellular device 3.  The audio message was from an unknown

20   Hispanic male stating he held on to them, meaning the crystal

21   methamphetamine because he, presumably Ramirez, did not answer

22   so it was not sent.  The unknown Hispanic male stated now he

23   will send them.

24        On November 14, 2021, the confidential human source

25   had a consensual recorded call with Ramirez on cellular device

3.   Ramirez stated the trailer will arrive Wednesday, November
17, 2021 with all of them, meaning the crystal meth.

          The confidential human source stated the customer only
has money for three kilograms.  Due to all the delays, the
customer had to use the rest of the money to purchase other
drugs.

          The confidential human source told Ramirez that after
the three kilograms are purchased, it would be a couple days
before the customer gets the rest of the money.  Ramirez said
the mechanic will arrive Thursday, November 18, 2021.

          Ramirez said it will arrive in Pompano Beach.  Ramirez
requested that the confidential human source find an old truck
for the mechanic to purchase.  Ramirez said there was $1,500
available to purchase the old truck.

          The confidential human source asked Ramirez why the
courier couldn't rent a vehicle.  Ramirez said the courier
didn't have a license to rent the car.

          THE COURT:  Mr. Ustynoski.

          THE INTERPRETER:  I'm sorry.

          Thank you, Mr. Ustynoski.

          MR. USTYNOSKI:  I'm sorry I didn't hear you.  Ramirez
said the mechanic will arrive Thursday, November 18, 2021,
Ramirez said it will arrive in Pompano Beach.  Ramirez
requested that the confidential human source find an old truck
for the mechanic to purchase.  Ramirez said there was $1,500

1    available to purchase the truck.

2           The confidential human source asked Ramirez why the

3    courier couldn't rent a vehicle.  Ramirez said the courier

4    didn't have a license to rent a car.

5           On November 17, 2021, Ramirez, using cellular device

6    3, communicated with the confidential human source via text and

7    indicated there was another delay with the shipment until

8    Friday, November 19, 2021.

9           The confidential human source told Ramirez that he was

10   starting to "look bad" and being distrusted in the eyes of the

11   customer because of the continued delays.

12          On November 18, 2021, Ramirez, using cellular device

13   3, communicated with the human source via text and indicated

14   that Ramirez's courier who he called "friend" will receive the

15   crystal methamphetamine upon its arrival and it will arrive

16   tomorrow, November 19, 2021 in Lehigh Acres, Florida which he

17   referred to as "over there" with his brother which he refers to

18   as "Buddy."

19          In audio messages, Ramirez reiterated that his friend

20   was arriving the following day.  Ramirez inquired about a small

21   hotel.  Ramirez stated there was another delay with the crystal

22   methamphetamine that was expected to arrive on November 19,

23   2021.  Ramirez said it is now scheduled to arrive on Monday,

24   November 22, 2021 with the narcotics transaction being

25   conducted on November 23, 2021.

1          On November 19, 2021 from approximately 11:12 a.m. to

2    12:30 p.m., Ramirez, using cellular device 3, communicated with

3    the confidential human source, and the confidential human

4    source told Ramirez the customer who he referred to as "my

5    friend" was angry at the source because the source has lied

6    several times about the arrival date of the crystal

7    methamphetamine.  The source told Ramirez the customer may no

8    longer want to conduct the narcotics transaction due to the

9    delays.

10          In an attempt to be transparent, Ramirez then

11    forwarded the confidential human source a screenshot of a

12    UPS/TForce Freight tracking number for the methamphetamine that

13    displayed a Wednesday, November, 24, 2021 arrival.

14          On November 22, 2021, FBI agents coordinated with

15    TForce Freight in Pompano to interdict that parcel.  TForce

16    Freight stated the package was delayed and will not arrive on

17    November 24, 2021 as the tracking indicated.  TForce Freight

18    advised the parcel will likely arrive Monday, November 29,

19    2021.

20          Also on November 22, 2021, FBI agents were contacted

21    by DEA San Diego regarding overlap with their investigation of

22    the same drug trafficking organization.  DEA San Diego stated

23    there were multiple seizures of multiple kilograms of

24    methamphetamine secreted in marble tabletops and x-ray

25    equipment that were all being sent from a UPS store located in

1   San Diego, California.

2           The methamphetamine was being shipped domestically as

3   well as internationally including Australia and Japan.  DEA in

4   San Diego approached the UPS store owner and the owner agreed

5   to cooperate and assist law enforcement in the investigation.

6           The UPS store owner identified Ruben Dominguez Estrada

7   as the shipper of the parcels.  The store owner stated he only

8   met Dominguez once because Dominguez typically used couriers to

9   deliver his large freight shipments to the store.

10          The store owner stated Dominguez stayed in constant

11  contact with him through WhatsApp because Dominguez was very

12  persistent about receiving updates as to the shipping status of

13  the parcels.  The UPS store owner agreed to maintain and turn

14  over his communications with Dominguez to law enforcement

15  agents.

16          On November 9, 2021 from approximately 9:22 a.m. to

17  10:37 a.m., Dominguez using telephone number ending in 5406

18  communicated with the UPS store owner and negotiated the price

19  of shipping tabletops.

20          On November 10, 2021, the UPS store owner contacted

21  DEA San Diego and informed them that a courier for Dominguez

22  dropped off two tabletops for shipment to Fort Lauderdale,

23  Florida.  The shipment was being held at the UPS store for a

24  third tabletop and completion of payment for the shipment.

25          Agents conducted surveillance on November 11, 2021 as

1   well as a K-9 sniff of the two tabletops at the UPS store.

2   Both tables alerted for the odor of narcotics.

3         On November 12, 2021, the courier returned to the UPS

4   store and dropped off the third tabletop for the shipment.  The

5   shipment remained at the UPS store awaiting payment.

6         On November 16, 2021 at approximately 4:54 p.m.,

7   Dominguez using telephone number ending in a 5406 communicated

8   with the store owner and discussed payment.

9         On November 17, 2021 from approximately 6:47 p.m. to

10  6:57 p.m., Dominguez using telephone number ending in 5406

11  communicated again with the UPS store owner and showed proof of

12  payment.

13        Immediately after these communications on November 17,

14  2021, the UPS store owner contacted law enforcement agents and

15  stated Dominguez had provided payment and the shipment had been

16  picked up by TForce Freight.

17        The store owner provided a copy of the bill for the

18  shipment that included a tracking number ending in 50415.

19        THE INTERPRETER:  Mr. Ustynoski, just a moment.  I'm

20  really having a hard time doing this fast for that long.  I'm

21  so very sorry.  I lost it at the number.

22        MR. USTYNOSKI:  Absolutely.

23        THE INTERPRETER:  The tracking number, 21112, et

24  cetera.

25        MR. USTYNOSKI:  Okay.  The store owner provided a

1    copy of the bill for the shipment that included the tracking

2    number that ended in 50415 with an address to Rafael Jaan

3    Martinez at 1801 Blount Road, Pompano Beach, Florida, 33316

4    with a phone number, 623-233-9876.

5            After receiving the above described intel from DEA San

6    Diego, as well as what was already known from the investigation

7    with the confidential human source, FBI agents in Miami applied

8    for and obtained a federal search warrant for the parcel on

9    November 23, 2021.

10           On November 24, 2021, Ramirez told the confidential

11   human source that the facility where the parcel was going to

12   arrive was closed tomorrow due to it being Thanksgiving Day.

13           Ramirez asked the confidential human source to give

14   $300 to his courier who was staying in a hotel.  Ramirez then

15   told the confidential human source about cocaine available in

16   the confidential human source's city.

17           Ramirez then sent the human source the phone number

18   859-382-3692 of the courier and the address of the hotel, 1320

19   Business Way, Lehigh Acres, Florida.

20           On November 25, 2021, the confidential human source

21   met with Ramirez's courier at the hotel and paid him $100.  The

22   interaction and communication were consensually recorded.  The

23   courier was later identified as Juan Carlos Garcia.

24           On November 29, 2021, FBI agents interdicted the

25   parcel at TForce Freight in Pompano, Florida and executed the

1    federal search warrant.  FBI agents discovered the parcel

2    contained three boxes.  Each box contained a dining table with

3    a quartz style tabletop.  FBI agents chiseled the tabletops and

4    located approximately 11 kilograms of methamphetamine concealed

5    within each tabletop.

6            As a result of the interdiction and search warrant,

7    33 kilograms of methamphetamine were seized.  DEA lab results

8    indicated the methamphetamine was approximately 96 percent

9    pure.

10           On this date, Ramirez also asked the source to rent a

11   truck for his courier.  The confidential human source

12   ultimately agreed to pick up the couriers the next day in his

13   truck and drive them to pick up the parcel.

14           Ultimately, after that, your Honor, the two couriers

15   were arrested in their attempt to pick up the tabletops which

16   were already interdicted.

17           THE COURT:  Thank you for that dissertation.

18           With that said, Mr. Guerra and Mr. Ramirez, did you

19   hear what the Government has said, beginning with Mr. Guerra?

20           DEFENDANT GUERRA:  Yes, sir.

21           THE COURT:  Mr. Romero?

22           DEFENDANT ROMERO:  Yes, sir.

23           THE COURT:  All right.  And do you agree that it is a

24   true and correct statement of what has transpired in this case?

25           Mr. Guerra?

```
 1              DEFENDANT GUERRA:  Yes, sir.

 2              THE COURT:  Mr. Romero?

 3              DEFENDANT ROMERO:  Yes, sir.

 4              THE COURT:  Do you have any changes or objections to

 5    what the prosecutor has said?

 6              Mr. Guerra?

 7              DEFENDANT GUERRA:  No, sir.

 8              THE COURT:  Mr. Romero?

 9              DEFENDANT ROMERO:  No, sir.

10              THE COURT:  All right.  Defense counsels, are you

11    satisfied that your clients understand their rights and what

12    they're giving up today?

13              Mr. Merlino?

14              MR. MERLINO:  Yes, Judge.  And for the record, I want

15    to put that the plea agreement was translated from English to

16    Spanish and also not only verbally but also in writing and also

17    the plea agreement.

18              THE COURT:  All right.  Thank you.  Mr. Tarras?

19              MR. TARRAS:  Yes, your Honor.

20              THE COURT:  Thank you.  And are you satisfied that

21    there has been a sufficient statement of factual basis with

22    regards to Count 1 of the indictment as it pertains to

23    Mr. Guerra, Mr. Merlino?

24              MR. MERLINO:  Yes, sir.

25              THE COURT:  And for Counts 1 and 2, same question,
```

1    Mr. Tarras?

2              MR. TARRAS:  Yes, your Honor.

3              THE COURT:  All right.  Now, how do you now plead to

4    the charges set forth in Count 1 of the indictment, guilty or

5    not guilty, Mr. Guerra?

6              DEFENDANT GUERRA:  Guilty.

7              THE COURT:  And, Mr. Romero, how do you now plead to

8    the charges set forth in Counts 1 and 2 of the indictment,

9    guilty or not guilty?

10             DEFENDANT ROMERO:  Guilty.

11             THE COURT:  All right.  It is the finding of this

12   court in this case that the defendants, Jose Ricardo Ramirez

13   Romero and Jhonny Arnaldo Moscozo Guerra are fully competent

14   and capable of entering an informed plea, and that Jhonny

15   Arnaldo Moscozo Guerra and Jose Ricardo Ramirez Romero are

16   aware of the nature of the charges and the consequences of the

17   plea based upon their conversations with their attorneys and

18   the colloquy before the court, and that the pleas of guilty are

19   knowing and intelligent and voluntary pleas supported by an

20   independent base in fact containing each of the essential

21   elements of the offense.

22             The court further finds that the plea agreements

23   presented to the court were voluntarily entered into, and that

24   neither the pleas nor the plea agreements were the result of

25   either force or threats or coercion.

1            I also find that the defendants have entered the plea

2     agreements with the advice and assistance of effective and

3     competent counsels.

4            The pleas are, therefore, accepted, and the

5     defendants, Jhonny Arnaldo Moscozo Guerra and Jose Ricardo

6     Ramirez Romero are now adjudged guilty of the offense charged

7     in Count 1 of the indictment as it pertains to Mr. Guerra, and

8     Counts 1 and 2 as it pertains to Mr. Romero and a judgment of

9     guilt is now entered as to Count 1 and Count 2, respectively.

10            Now prior to sentencing, Mr. Guerra and Mr. Romero,

11     the probation officer will be contacting you to inquire about

12     matters that will be included in your PSI report which is your

13     presentence investigation report.

14            At that time, you will meet with your probation

15     officer.  Your attorney may be with you if you wish, and you

16     will be given a copy of that report and will have the

17     opportunity with your attorney of filing objections or requests

18     associated with it.  At your sentencing hearing, I will hear

19     and decide all of those matters.

20            At that time, I shall hear from you if you wish to

21     make a statement on your own behalf, and hear from anyone else

22     who wishes to come to court to talk to you.

23            Do you understand, Mr. Guerra?

24            DEFENDANT GUERRA:  Yes, sir.

25            THE COURT:  Mr. Romero?

```
 1              DEFENDANT ROMERO:  Yes, sir.

 2              THE COURT:  Patricia, order the presentence

 3    investigation reports and set a sentencing date for Mr. Guerra

 4    and Mr. Romero.

 5              THE COURTROOM DEPUTY:  Yes, Judge.  Sentencing for

 6    defendant Guerra will be March 1, 2023 at 8:30 a.m. and for

 7    defendant Romero, March 1, 2023 at 9:00 a.m.

 8              THE COURT:  Did you hear what she said, Mr. Guerra?

 9              DEFENDANT GUERRA:  Yes, sir.

10              THE COURT:  Can you tell me the date and time she

11    said to you?

12              DEFENDANT GUERRA:  The 8th of March -- no, 8:00 on

13    March 1st.

14              THE COURT:  Well, it's good to be early, but we will

15    start at 8:30.  Best to arrive earlier than late.  8:30 for

16    you, sir.

17          And Mr. Romero?

18              DEFENDANT ROMERO:  8:30.

19              THE COURT:  Great.  With that said, anything needs to

20    be addressed first from Mr. Ustynoski?

21              MR. USTYNOSKI:  No, your Honor.  Thank you.

22              THE COURT:  And Mr. Merlino?

23              MR. MERLINO:  No, sir.  I thought I had a conflict

24    but I don't.

25              THE COURT:  Mr. Tarras?
```

```
 1              MR. TARRAS:  No, your Honor.  Thank you.

 2              THE COURT:  Thank you.  Enjoy the holidays, everyone.

 3     Thank you, and we'll see you gentlemen in March.

 4                   (Proceedings adjourned at 11:12 a.m.)

 5                   C-E-R-T-I-F-I-C-A-T-E

 6

 7              I hereby certify that the foregoing is an accurate

 8     transcription of the proceedings in the above-entitled matter.

 9

10     JULY 8, 2024          Ellen A. Rassie_____
                             ELLEN A. RASSIE, RMR-CRR
11                           Official Court Reporter
                             To the Honorable Rodney Smith
12                           299 East Broward Blvd., Room 207-C
                             Fort Lauderdale, Florida  33301
13                           (954)769-5448

14

15

16

17

18

19

20

21

22

23

24

25
```

**DEFENDANT GUERRA: [69]**
**DEFENDANT ROMERO: [66]**
**DEFENDNANT GUERRA: [1]** 20/14
**MR. MERLINO: [9]** 2/11 2/22 6/17 7/5 9/14 9/23 46/14 46/24 49/23
**MR. TARRAS: [9]** 2/16 2/23 6/19 9/16 10/21 13/17 46/19 47/2 50/1
**MR. USTYNOSKI: [11]** 2/8 9/6 16/3 24/21 24/24 28/5 33/14 39/21 43/22 43/25 49/21
**THE COURT: [163]**
**THE COURTROOM DEPUTY: [5]** 2/4 3/1 3/5 3/10 49/5
**THE DEFENDANT: [2]** 7/24 17/22
**THE INTERPRETER: [7]** 3/4 15/14 28/3 33/12 39/19 43/19 43/23

**$**
**$1,000 [1]** 26/9
**$1,500 [2]** 39/13 39/25
**$100 [1]** 44/21
**$11,000 [1]** 25/13
**$2,000 [1]** 34/21
**$2,500 [1]** 34/21
**$250,000 [1]** 11/11
**$300 [1]** 44/14
**$6,500 [2]** 36/14 37/1
**$7,000 [2]** 35/3 37/13

**1**
**10 [3]** 38/8 38/17 42/20
**1000 grams [4]** 28/20 28/21 28/21 28/22
**10:07 [1]** 2/1
**10:37 [1]** 42/17
**11 [1]** 42/25
**11 kilograms [1]** 45/4
**11 ounces [1]** 26/9
**11:12 [2]** 41/1 50/4
**12 [1]** 43/3
**12-29-67 [1]** 30/5
**12:30 p.m [1]** 41/2

**13 [1]** 38/12
**1320 [1]** 44/18
**14 [1]** 38/24
**15 [2]** 34/23 38/12
**16 [1]** 43/6
**17 [5]** 27/2 39/2 40/5 43/9 43/13
**18 [4]** 35/9 39/10 39/22 40/12
**18-CV-60131 [1]** 1/2
**1801 [1]** 44/3
**19 [4]** 40/8 40/16 40/22 41/1
**1993 [1]** 4/18
**1994 [1]** 4/16
**1st [1]** 49/13

**2**
**20 [2]** 1/5 26/20
**20 kilograms [3]** 35/2 35/5 36/16
**2009 [1]** 4/13
**2013 [1]** 4/11
**2014 [1]** 4/11
**2021 [56]**
**2022 [1]** 1/5
**2023 [2]** 49/6 49/7
**2024 [1]** 50/10
**207-C [1]** 1/22 50/12
**21 [7]** 8/4 8/5 8/17 8/18 29/4 29/9 35/18
**21112 [1]** 43/23
**22 [5]** 27/19 29/12 40/24 41/14 41/20
**22-CR-60131 [1]** 2/6
**23 [3]** 4/16 40/25 44/9
**24 [5]** 25/10 36/6 41/13 41/17 44/10
**25 [2]** 36/17 44/20
**26 [1]** 4/18
**27 [1]** 30/11
**28 [1]** 4/16
**29 [3]** 4/18 41/18 44/24
**299 [2]** 1/22 50/12

**3**
**3.9 [2]** 32/1 32/6
**33 kilograms [1]** 45/7
**33131 [1]** 1/11
**33301 [2]** 1/22 50/12
**33309 [1]** 1/14
**33316 [1]** 44/3
**3692 [1]** 44/18

**4**
**4375 [3]** 27/20 29/6

30/2
**4562 [1]** 38/4
**48 [1]** 5/19
**481 [1]** 8/18
**4841 [1]** 30/16
**4:54 p.m [1]** 43/6
**4th [1]** 1/11

**5**
**50 grams [3]** 8/7 8/20 9/8
**50415 [2]** 43/18 44/2
**510 [1]** 1/14
**5406 [3]** 42/17 43/7 43/10
**5448 [1]** 50/13

**6**
**60131 [2]** 1/2 2/6
**623-233-9876 [1]** 44/4
**6400 [1]** 1/14
**67 [1]** 30/5
**6:47 [1]** 43/9
**6:57 p.m [1]** 43/10

**7**
**7076 [1]** 27/17
**7290 [1]** 37/18
**76000 [1]** 27/19
**769-5448 [1]** 50/13

**8**
**841 [3]** 8/5 8/6 8/19
**846 [2]** 8/5 8/18
**859-382-3692 [1]** 44/18
**8:00 [1]** 49/12
**8:30 [4]** 49/6 49/15 49/15 49/18
**8th [1]** 49/12

**9**
**9040 [1]** 37/11
**954 [1]** 50/13
**96 percent [1]** 45/8
**9876 [1]** 44/4
**99 [1]** 1/11
**9:00 [1]** 49/7
**9:22 [1]** 42/16

**A**
**a.m [7]** 2/1 41/1 42/16 42/17 49/6 49/7 50/4
**ability [1]** 20/19
**able [3]** 11/12 29/23 31/12
**aboard [1]** 10/1
**abolished [1]** 18/18
**about [13]** 4/11

13/16 13/21 16/14 32/5 33/2 35/24 38/2 40/20 41/6 42/12 44/15 48/11
**above [2]** 44/5 50/8
**above-entitled [1]** 50/8
**Absolutely [2]** 9/23 43/22
**accepted [3]** 20/4 30/22 48/4
**access [1]** 36/8
**accompanied [1]** 12/7
**according [2]** 27/17 28/9
**accurate [1]** 50/7
**acknowledged [2]** 30/19 31/20
**acquired [1]** 32/3
**Acres [4]** 32/12 36/24 40/16 44/19
**actually [2]** 33/4 33/9
**addiction [1]** 5/7
**additional [1]** 14/13
**address [3]** 30/2 44/2 44/18
**addressed [2]** 29/15 49/20
**adjourned [1]** 50/4
**adjudged [2]** 20/4 48/6
**adjudication [2]** 20/5 20/18
**administration [1]** 4/22
**admitted [3]** 32/20 33/6 33/14
**advice [3]** 7/15 21/7 48/2
**advise [3]** 15/25 21/16 29/10
**advised [6]** 31/8 32/8 35/4 35/7 36/8 41/18
**advisory [1]** 16/11
**affect [1]** 20/18
**afford [1]** 22/20
**after [9]** 10/22 14/19 25/21 30/22 32/8 39/7 43/13 44/5 45/14
**again [3]** 9/23 33/17 43/11
**against [8]** 3/15 6/21 6/22 9/19 21/2 21/21 23/1 23/23
**age [1]** 4/15
**agents [19]** 11/24 25/23 27/11 27/13 28/2 28/8 32/7 32/8 32/11 33/21 41/14

41/20 42/15 42/25 43/14 44/7 44/24 45/1 45/3
**ago [3]** 33/2 33/11 33/20
**agree [3]** 6/15 13/7 45/23
**agreed [8]** 8/8 8/21 9/7 31/2 32/10 42/4 42/13 45/12
**agreement [14]** 8/14 13/14 13/14 13/20 14/2 14/6 14/14 14/18 14/25 15/4 15/10 15/17 46/15 46/17
**agreements [3]** 47/22 47/24 48/2
**agrees [2]** 8/1 8/14
**ahead [1]** 28/4
**air [3]** 27/9 27/23 28/24
**alcohol [1]** 5/7 5/19
**alcoholic [1]** 5/13
**alerted [2]** 27/9 43/2
**alias [2]** 3/24 4/3
**all [29]** 2/15 2/20 3/11 3/14 4/14 4/19 5/1 6/20 7/25 11/17 12/5 12/6 12/23 13/13 13/19 16/10 21/14 23/1 24/22 32/3 39/2 39/4 41/25 45/23 46/10 46/18 47/3 47/11 48/19
**allegations [1]** 13/9
**alleged [1]** 13/3
**allowed [1]** 17/11
**already [7]** 10/3 10/6 10/7 26/1 36/2 44/6 45/16
**also [23]** 1/16 2/18 2/25 4/2 9/17 9/20 15/9 15/12 16/8 20/18 27/8 28/22 29/5 31/17 33/6 33/14 35/14 41/20 45/10 46/16 46/16 46/18 47/1
**Although [1]** 29/8
**AMERICA [2]** 1/4 2/4
**ammunitions [1]** 20/12
**among [1]** 25/1
**amount [2]** 8/6 27/14
**amounts [1]** 8/19
**Andrews [1]** 1/14
**angry [1]** 41/5
**another [3]** 3/15 40/7 40/21
**answer [2]** 3/14 38/21

**A**

answered [1]  30/17
answers [1]  3/14
anticipate [1]  15/21
any [23]  3/14 3/23
4/2 5/7 5/13 5/14
5/18 5/24 13/2 14/24
16/1 16/2 17/2 18/24
18/25 19/6 20/12 21/6
21/21 23/23 26/7
32/10 46/4
anyone [4]  18/24
19/6 21/8 48/21
anything [3]  7/20
19/16 49/19
appeal [4]  17/19
18/6 18/13 24/5
appearance [1]
10/25
appearances [2]  1/9
2/7
applicable [1]  10/11
applied [1]  44/7
applies [1]  10/13
apply [1]  16/14
appointed [2]  9/25
22/19
appointment [1]
9/24
approach [1]  32/7
approached [1]  42/4
approximately [10]
26/8 32/21 33/11
33/20 41/1 42/16 43/6
43/9 45/4 45/8
April [2]  4/18 25/2
Arab [1]  36/21
are [31]  3/13 5/1
5/12 5/23 7/14 7/21
8/20 9/12 10/11 14/12
14/13 15/10 15/17
18/18 19/21 20/3
20/25 21/1 21/8 21/9
21/17 21/18 22/10
39/8 46/10 46/20
47/13 47/15 47/18
48/4 48/6
area [1]  33/23
areas [1]  28/14
Arnaldo [9]  2/5 2/12
3/12 3/22 21/15 25/3
47/13 47/15 48/5
arose [1]  27/4
Around [1]  4/11
arraignment [1]
10/7
arrest [1]  32/9
arrested [4]  10/22
32/13 34/12 45/15
arrival [6]  34/6
34/18 37/25 40/15

41/6 41/13
arrive [22]  25/17
26/3 26/19 34/17 36/5
36/20 37/7 37/14
37/23 38/11 39/1
39/10 39/11 39/22
39/23 40/15 40/22
40/23 41/16 41/18
44/12 49/15
arrived [6]  29/12
30/8 30/21 35/13 37/6
37/16
arrives [1]  26/1
arriving [3]  34/19
37/3 40/20
as [55]
ask [2]  9/1 33/25
asked [11]  19/12
26/7 30/25 31/7 31/14
32/24 36/23 39/15
40/2 44/13 45/10
assigns [1]  16/22
assist [1]  42/5
assistance [1]  2/13
22/16 48/2
assisted [1]  2/18
associated [3]  24/13
30/3 48/18
associates [2]  32/17
34/3
assurance [1]  18/25
at [42]  2/1 10/5
10/24 11/10 11/15
16/7 22/8 22/17 22/18
25/13 26/9 27/18
27/20 29/12 29/17
30/8 30/12 30/18
30/21 32/10 32/11
34/17 35/3 36/2 36/14
37/12 41/5 42/23 43/1
43/5 43/6 43/21 44/3
44/21 44/25 48/14
48/18 48/20 49/6 49/7
49/15 50/4
attempt [4]  30/13
30/16 41/10 45/15
attempted [5]  19/6
29/8 33/1 33/6 33/15
attendance [1]
23/14
attorney [10]  7/2
7/10 7/16 10/23 15/5
16/13 17/3 21/7 48/15
48/17
ATTORNEY'S [1]
1/10
attorneys [2]  12/11
47/17
audience [1]  10/5
audio [5]  26/4 26/6
38/18 38/19 40/19
Australia [1]  42/3

Av [1]  27/19
available [8]  11/20
25/12 29/4 29/7 29/20
39/14 40/1 44/15
Ave [1]  29/6
Avenue [3]  1/14
27/20 30/2
awaiting [1]  43/5
aware [2]  34/19
47/16

**B**

back [1]  38/2
bad [1]  40/10
base [1]  47/20
based [3]  27/11 32/3
47/17
basis [2]  24/20 46/21
be [48]  2/2 3/15 11/3
11/4 11/9 11/11 11/12
11/20 16/21 17/10
18/19 20/4 22/9 22/9
23/23 24/11 25/6 28/1
28/7 28/24 29/2 29/10
29/19 30/20 31/16
34/19 35/8 35/12
35/20 36/9 36/10
36/14 36/15 36/23
36/25 37/2 37/3 37/16
37/19 39/8 41/10
48/11 48/12 48/15
48/16 49/6 49/14
49/20
Beach [3]  39/11
39/23 44/3
bearing [1]  34/8
because [10]  10/7
21/9 25/19 30/7 37/25
38/21 40/11 41/5 42/8
42/11
been [14]  3/23 4/2
5/6 10/24 18/17 18/18
19/16 19/22 27/1
32/13 32/21 37/12
43/15 46/21
before [7]  1/8 13/13
13/14 13/19 20/25
39/9 47/18
began [1]  25/8
beginning [2]  3/16
45/19
behalf [4]  2/9 2/12
2/17 48/21
behind [1]  10/5
being [7]  2/18 40/10
40/24 41/25 42/2
42/23 44/12
believe [3]  10/18
10/18 13/18
belonged [1]  31/1
best [5]  10/16 11/3
11/9 12/3 49/15

between [6]  25/22
32/4 33/2 33/7 33/16
34/21
beverage [1]  5/14
beyond [2]  12/16
22/11 25/1
bill [2]  43/17 44/1
birth [2]  4/15 30/4
black [3]  28/12
28/13 28/15
Blount [1]  44/3
Blvd [2]  1/22 50/12
body [1]  35/22
bond [7]  10/3 10/7
10/25 11/5 11/7 11/10
34/13
bonded [1]  10/3
Border [2]  27/2 27/8
born [1]  4/5
both [3]  3/11 11/15
43/2
box [2]  28/23 45/2
boxes [1]  45/2
brake [7]  27/23 28/1
28/7 28/10 28/13
28/24 31/16
brick [1]  26/11
bro [2]  26/1 38/5
broker [3]  25/3 33/6
33/15
brother [2]  33/22
40/17
brought [1]  23/1
Broward [2]  1/22
50/12
Buddy [1]  40/18
business [3]  4/22
30/22 44/19
but [11]  25/18 25/19
31/5 31/11 32/9 32/25
33/3 34/19 46/16
49/14 49/24
buyer [9]  32/18 33/3
33/4 33/8 33/8 33/16
33/17 34/2 34/11
buyers [1]  33/25
buying [1]  32/5

**C**

C-E-R-T-I-F-I-C-A-T
-E [1]  50/5
calculated [1]  16/21
California [1]  42/1
call [17]  11/16 29/9
30/17 33/10 33/19
34/25 35/10 35/19
36/7 36/18 37/5 37/10
37/22 38/2 38/9 38/14
38/25
called [4]  2/1 30/15
33/25 40/14
came [1]  10/1

can [8]  13/19 15/11
15/12 15/18 15/20
17/23 35/8 49/10
cannot [1]  22/20
capable [1]  47/14
capture [1]  29/23
car [4]  37/6 37/16
39/17 40/4
card [2]  29/13 30/24
30/25
care [1]  5/23
carefully [1]  21/18
Carlos [2]  27/18
44/23
Casados [6]  27/20
29/1 29/14 30/24 31/5
34/8
case [23]  1/2 2/6
6/22 7/2 7/15 9/24
10/8 10/11 10/18
10/22 11/12 11/13
11/21 11/25 16/12
19/12 19/17 19/22
22/18 24/24 28/6
45/24 47/12
CBP [3]  27/11 27/13
28/9
cellphone [1]  31/10
cellular [8]  37/22
38/4 38/9 38/19 38/25
40/5 40/12 41/2
Center [1]  11/16
certify [1]  50/7
cetera [1]  43/24
chambers [1]  28/10
change [3]  1/7 2/21
10/17
changed [1]  37/12
changes [1]  46/4
changing [1]  37/25
charge [3]  8/11 8/15
16/14
charged [2]  21/21
48/6
charges [8]  6/22 7/1
8/2 8/24 9/19 47/4
47/8 47/16
Charles [1]  10/23
cheaper [1]  36/14
chiseled [1]  45/3
chose [1]  31/20
circumstances [2]
10/16 17/18
citizen [1]  5/1
city [1]  44/16
civil [1]  20/5
CJA [1]  9/25
Clay [1]  1/13
client [1]  6/16
clients [2]  9/18
46/11
closed [1]  44/12

**C**

co [1]  11/18
co-defendants [1]  11/18
cocaine [10]  25/3
26/9 26/11 26/12
26/13 26/15 26/15
32/23 33/2 44/15
code [4]  8/4 8/6 8/18
8/19
coercion [1]  47/25
collect [1]  35/17
colloquy [1]  47/18
combination [2]
28/1 28/7
come [2]  4/9 48/22
coming [2]  25/19
29/20
Commission [1]
16/11
committed [1]  20/25
common [1]  28/8
commonly [1]  28/2
communicated [7]
37/18 40/6 40/13 41/2
42/18 43/7 43/11
communication [1]
44/22
communications [3]
32/4 42/14 43/13
compartment [1]
35/23
compel [1]  23/14
competency [1]
6/16
competent [4]  10/18
22/17 47/13 48/3
complete [2]  13/15
13/21
completed [2]  19/22
32/19
completion [1]
42/24
compulsory [1]
23/14
concealed [3]  28/14
31/24 45/4
concern [1]  37/24
concerning [2]  7/20
14/25
condition [1]  6/5
conduct [1]  41/8
conducted [6]  27/8
27/12 28/16 30/12
40/25 42/25
confident [1]  12/7
confidential [61]
confirmed [2]  36/15
37/2
conflict [1]  49/23
confronted [1]  23/7

conjunction [1]  10/4
cons [1]  11/23
consensual [10]
34/25 35/10 35/19
36/7 36/17 37/5 37/10
37/22 38/9 38/25
consensually [1]
44/22
consequences [2]
11/22 47/16
conspiracy [3]  8/2
8/16 12/1
constant [1]  42/10
Constituents [1]
27/19
constitutional [1]
21/16
construction [1]
33/23
consult [1]  36/11
contact [3]  29/21
35/25 42/11
contacted [6]  25/10
26/21 35/1 41/20
42/20 43/14
contacting [1]  48/11
contain [1]  26/25
contained [7]  14/13
14/19 27/23 31/15
32/1 45/2 45/2
containing [3]  26/23
30/14 47/20
contents [5]  13/16
13/21 27/6 27/13
31/18
continued [2]  26/17
40/11
contraband [2]
26/23 27/10
controlled [2]  8/3
8/17
conversation [2]
25/22 38/13
conversations [4]
11/24 26/17 34/17
47/17
convicted [1]  24/4
conviction [1]  24/5
cooperate [1]  42/5
coordinate [1]  10/23
coordinated [2]  34/3
41/14
coordinating [2]
11/2 25/8
copy [5]  6/21 38/18
43/17 44/1 48/16
correct [7]  2/21 2/22
8/9 9/13 14/12 19/23
45/24
cost [1]  37/1
could [6]  16/8 20/18
23/22 33/25 35/12

36/9
couldn't [2]  39/16
40/3
counsel [5]  2/7 7/15
9/25 22/17 22/19
counsels [2]  46/10
48/3
count [17]  8/1 8/6
8/8 9/2 9/4 9/13 9/19
12/4 12/4 16/15 24/20
34/23 46/22 47/4 48/7
48/9 48/9
Counts [11]  8/15
8/20 8/21 9/3 9/5
9/21 16/3 16/18 46/25
47/8 48/8
County [3]  26/20
27/21 30/11
couple [2]  35/15
39/8
courier [18]  35/14
35/17 35/21 36/1 37/6
37/15 39/16 39/16
40/3 40/3 40/14 42/21
43/3 44/14 44/18
44/21 44/23 45/11
courier's [1]  35/25
couriers [3]  42/8
45/12 45/14
court [17]  1/1 1/21
2/1 2/13 6/6 11/10
11/10 15/10 15/18
16/8 21/1 47/12 47/18
47/22 47/23 48/22
50/11
covers [1]  28/12
CR [1]  2/6
crimes [2]  13/3
20/25
criminal [2]  16/12
16/22
cross [1]  23/7
cross-examined [1]
23/7
CRR [2]  1/20 50/10
crystal [37]  25/11
25/12 25/14 25/17
26/2 26/5 28/16 28/17
34/1 34/4 34/5 34/9
35/2 35/8 35/12 35/13
35/20 35/21 35/22
36/9 36/13 36/19
36/21 36/23 36/25
37/3 37/7 37/10 37/14
37/23 38/1 38/10
38/20 39/2 40/15
40/21 41/6
crystal-like [1]
28/16
currently [2]  5/12
5/23
custody [2]  2/18

27/16
customer [6]  39/3
39/5 39/9 40/11 41/4
41/7
Customs [2]  27/2
27/8
CV [1]  1/2

**D**

database [2]  29/5
30/1
date [7]  4/14 30/4
37/25 41/6 45/10 49/3
49/10
David [5]  1/13 2/16
29/12 30/1 30/4
day [6]  30/6 30/21
36/19 40/20 44/12
45/12
days [4]  29/20 35/15
36/20 39/8
DEA [6]  41/21 41/22
42/3 42/21 44/5 45/7
dead [1]  27/6
deal [6]  32/20 33/1
33/3 33/7 33/15 34/4
dealer [1]  36/2
deals [1]  32/16
December [1]  1/5
decide [1]  48/19
decided [4]  11/2
11/8 23/22 32/7
deciding [1]  12/2
decline [1]  23/20
declined [1]  26/12
defendant [8]  1/13
8/1 8/2 8/14 8/15 9/9
49/6 49/7
defendants [8]  1/6
2/25 3/7 11/18 16/4
47/12 48/1 48/5
defense [7]  7/9
11/19 22/17 23/8
23/15 23/22 46/10
defenses [1]  10/14
delay [2]  40/7 40/21
delayed [3]  26/5
37/20 41/16
delays [5]  25/21
38/2 39/4 40/11 41/9
deliver [1]  36/4
36/22 42/9
delivered [3]  29/2
35/8 35/12
denaturalization [1]
21/1
depart [3]  17/23
18/5 18/11
departed [2]  29/22
deprive [1]  20/5
derived [1]  13/2
described [3]  24/14

31/19 44/5
Despite [1]  31/19
destination [1]  27/3
detained [1]  30/23
detective [1]  27/21
detectives [13]
26/20 27/22 28/12
28/14 28/16 28/19
29/5 30/12 30/15
30/17 30/25 31/3
31/22
detention [3]  10/25
11/3 11/15
determination [1]
10/15
determine [2]  16/12
17/4
determined [2]  28/1
28/7
device [7]  38/4 38/9
38/19 38/25 40/5
40/12 41/2
DHL [12]  26/25 29/1
29/4 29/13 29/17
29/22 29/23 30/12
30/18 30/21 34/18
34/20
did [19]  4/9 4/19
10/2 10/7 10/23 11/7
11/13 11/23 13/15
13/20 14/18 15/4 21/7
29/9 31/24 38/6 38/21
45/18 49/8
did you go [1]  4/19
didn't [3]  39/17
39/21 40/4
Diego [6]  41/21
41/22 42/1 42/4 42/21
44/6
different [1]  18/24
digital [1]  45/2
dining [1]  45/2
directly [1]  35/20
disarmed [1]  36/13
discovered [4]  27/23
28/13 28/15 45/1
discovery [4]  10/9
11/13 11/17 27/11
discuss [1]  11/5
discussed [4]  7/1
7/9 11/19 43/8
discussions [2]  11/7
21/6
displayed [2]  31/25
41/13
dissertation [1]
45/17
distribute [3]  8/3
8/16 9/8
DISTRICT [4]  1/1
1/1 1/8 11/5
distrusted [1]  40/10

**D**

**Division [1]** 26/22
**do [38]** 3/4 3/13 6/4
6/10 6/15 8/11 8/24
10/18 11/3 12/15
12/19 12/25 13/7 14/1
15/9 15/16 16/20 17/2
17/10 17/17 17/23
18/5 18/11 19/12
19/23 20/2 20/17
20/24 21/20 22/2 22/8
23/21 24/10 45/23
46/4 47/3 47/7 48/23
**do you [6]** 6/15 13/7
24/10 45/23 47/3 47/7
**documents [1]** 12/5
**does [2]** 2/13 14/6
**doing [3]** 10/18
24/22 43/20
**dollars [1]** 16/9
**domestically [1]**
42/2
**Dominguez [11]**
42/6 42/8 42/8 42/10
42/11 42/14 42/17
42/21 43/7 43/10
43/15
**don't [1]** 49/24
**done [2]** 19/11 19/16
**door [1]** 29/6
**doubt [3]** 12/17
22/11 25/1
**downward [1]** 18/12
**drive [2]** 10/10 45/13
**Driver [1]** 29/25
**dropped [2]** 42/22
43/4
**drug [6]** 5/7 28/2
28/8 32/16 32/21
41/22
**drugs [7]** 5/13 5/18
32/17 34/17 34/19
34/20 39/6
**due [5]** 27/4 31/18
39/4 41/8 44/12
**during [4]** 27/13
29/16 30/16 35/15

**E**

**each [9]** 9/9 12/10
14/19 16/3 28/14
28/19 45/2 45/5 47/20
**earlier [1]** 49/15
**early [2]** 18/19 49/14
**East [1]** 50/12
**effective [2]** 22/17
48/2
**effort [1]** 18/25
**either [1]** 47/25
**elaborated [1]** 31/7
**elected [1]** 23/21
**element [1]** 9/20

**elements [4]** 9/2
9/13 12/17 47/21
**ELLEN [3]** 1/20
50/10 50/10
**else [2]** 21/8 48/21
**emotion [1]** 31/25
**employee [4]** 29/17
29/18 29/21 29/23
**en [1]** 27/2
**enclosure [1]** 28/12
**end [1]** 37/12
**ended [1]** 44/2
**ending [9]** 27/17
30/16 37/11 37/18
38/3 42/17 43/7 43/10
43/18
**enforcement [7]**
25/23 29/16 34/12
34/24 42/5 42/14
43/14
**English [1]** 46/15
**Enjoy [1]** 50/2
**enter [4]** 6/16 10/17
12/3 24/11
**entered [3]** 47/23
48/1 48/9
**entering [5]** 11/22
11/23 12/9 21/17
47/14
**entirety [2]** 14/2
14/7
**entitled [1]** 50/8
**equipment [1]** 41/25
**Esq [2]** 1/10 1/13
**essential [1]** 47/20
**estimate [2]** 17/2
17/4
**Estrada [1]** 42/6
**et [1]** 43/23
**evening [1]** 38/3
**ever [3]** 3/23 5/6
26/15
**every [2]** 22/11
22/18
**everyone [2]** 2/2
50/2
**everything [8]** 6/10
6/11 12/5 12/8 14/19
19/11 19/22 35/15
**evidence [4]** 23/1
23/7 23/15 32/3
**exactly [1]** 31/23
**examined [1]** 23/7
**exclusion [1]** 22/10
**Excuse [1]** 33/12
**executed [1]** 44/25
**expected [1]** 40/22
**expecting [1]** 34/21
**explained [1]** 18/17
26/24 31/4 32/15
**expressed [1]** 37/24
**extensive [1]** 11/14

**eyes [1]** 40/10

**F**

**face [1]** 16/4
**facilitator [1]** 32/20
**facility [1]** 44/11
**fact [3]** 21/9 31/12
47/20
**facts [2]** 11/25 25/1
**factual [2]** 24/20
46/21
**fake [5]** 29/13 31/6
31/9 31/11 34/8
**false [1]** 3/16
**falsely [1]** 3/14
**familiarize [1]** 9/18
**family [1]** 32/22
**far [1]** 4/19
**fast [1]** 43/20
**FBI [14]** 25/2 32/3
32/6 32/8 33/4 33/9
33/17 34/2 41/14
41/20 44/7 44/24 45/1
45/3
**February [1]** 4/16
**federal [3]** 18/18
44/8 45/1
**fee [1]** 32/20
**feed [1]** 32/22
**feeling [2]** 31/17
31/20
**fell [3]** 33/3 33/5
34/14
**felony [1]** 20/3
**field [1]** 28/17
**fifth [1]** 4/22
**filing [1]** 48/17
**find [8]** 32/17 32/24
33/25 35/7 35/11
39/12 39/24 48/1
**finding [1]** 47/11
**finds [1]** 47/22
**fine [3]** 16/9 24/23
35/15
**firearm [1]** 20/12
**FIRM [1]** 1/13
**first [5]** 2/25 9/22
35/6 35/16 49/20
**five [1]** 16/7
**fixed [1]** 17/25
**Flakito [4]** 31/12
31/12 31/15 31/19
**FLORIDA [26]** 1/1
1/4 1/11 1/14 1/22
11/5 25/4 26/21 26/22
27/3 27/20 29/2 29/7
29/13 29/25 30/3
32/12 34/4 34/6 36/24
40/16 42/23 44/3
44/19 44/25 50/12
**flying [1]** 37/16
**follow [1]** 16/11

**followed [1]** 16/6
**following [7]** 25/1
26/15 27/5 31/22
36/19 38/7 40/20
**follows [1]** 21/18
**force [2]** 19/6 47/25
**foregoing [1]** 50/7
**forfeit [2]** 13/1 13/7
**forfeiture [2]** 12/23
13/8
**FORT [17]** 1/2 1/4
1/14 1/22 26/24 27/3
27/20 29/1 29/6 29/13
29/20 30/2 30/12 32/6
37/1 42/22 50/12
**forth [4]** 9/2 24/19
47/4 47/8
**forwarded [3]** 26/6
38/17 41/11
**found [1]** 34/1
**four [4]** 28/11 28/13
33/7 33/15
**free [3]** 21/8 27/8
32/10
**freight [7]** 41/12
41/15 41/16 41/17
42/9 43/16 44/25
**Friday [2]** 25/25 40/8
**friend [9]** 30/8 31/6
31/7 31/8 31/11 31/12
40/14 40/19 41/5
**front [2]** 35/2 37/2
**full [4]** 3/20 4/2
13/15 13/20
**fully [4]** 7/14 12/3
35/5 47/13
**further [3]** 24/10
26/14 47/22
**Furthermore [1]**
22/8
**future [1]** 29/22

**G**

**Garcia [1]** 44/23
**general [1]** 7/2
**gentlemen [1]** 50/3
**get [1]** 36/21
**gets [1]** 39/9
**getting [1]** 29/10
**give [5]** 17/24 25/19
32/17 34/10 44/13
**given [8]** 7/15 10/9
10/16 17/3 24/12 31/2
46/12
**giving [2]** 21/17
46/12
**Glenwood [3]** 27/20
29/6 30/2
**go [3]** 4/19 28/4
35/22
**goal [1]** 28/25
**going [8]** 6/11 11/23

12/8 21/16 34/10
36/24 36/25 44/11
**gone [1]** 10/6
**good [8]** 2/2 2/8
2/10 2/11 2/16 2/20
9/23 49/14
**Gore [2]** 10/24 11/2
**got [2]** 32/22 34/13
**Government [13]**
9/2 9/6 12/16 12/25
13/8 14/7 15/25 17/18
18/13 22/9 24/19
24/25 45/19
**grams [7]** 8/7 8/20
9/8 28/20 28/21 28/21
28/22
**grease [2]** 28/1 28/7
**Great [1]** 49/19
**green [2]** 36/3 36/3
**Guatemala [3]** 4/6
4/21 32/14
**Guerra [138]**
**Guerrero [31]** 29/12
29/17 29/19 29/21
29/22 30/4 30/13
30/16 30/21 30/22
30/25 31/1 31/2 31/4
31/6 31/8 31/10 31/14
31/16 31/17 31/20
31/23 31/24 34/5 34/7
34/9 34/11 34/13
34/16 34/18 34/21
**Guerrero's [1]** 29/24
**guidelines [8]** 10/11
16/11 16/14 16/21
17/24 18/1 18/6 18/12
**guilt [2]** 20/18 48/9
**guilty [29]** 8/1 8/8
8/14 8/21 15/12 15/20
16/15 17/11 19/1 19/7
20/3 20/4 20/25 21/8
21/9 21/14 21/18
21/21 22/3 22/10
24/11 47/4 47/5 47/6
47/9 47/9 47/10 47/18
48/6

**H**

**had [29]** 10/3 10/6
10/24 12/6 16/13 21/7
24/24 26/7 26/8 27/1
27/25 28/6 31/17 34/5
34/16 34/24 35/9
35/18 36/6 36/8 36/17
37/4 37/9 37/21 38/25
39/5 43/15 43/15
49/23
**half [2]** 26/15 37/2
**hand [3]** 3/2 3/6
30/10
**happened [1]** 34/14
**happening [1]** 6/6

**H**

hard [1] 43/20
has [20] 10/15 12/7
16/11 18/17 18/18
18/24 19/6 19/11
19/16 19/22 30/10
32/21 37/12 38/9 39/4
41/5 45/19 45/24 46/5
46/21
have [52]
having [2] 12/10
43/20
he [57]
he's [5] 2/12 10/18
10/18 32/13 32/14
hear [7] 22/25 39/21
45/19 48/18 48/20
48/21 49/8
heard [1] 12/10
hearing [5] 1/7 10/7
10/25 11/3 48/18
held [2] 38/20 42/23
help [1] 32/22
helped [1] 34/7
here [2] 2/21 6/11
hereby [1] 50/7
hereinafter [1] 38/4
Hernandez [2] 29/12
30/4
hidden [1] 35/23
High [1] 4/24
higher [1] 17/25
him [15] 10/4 10/5
19/12 25/19 30/17
31/1 31/5 31/7 31/8
31/15 32/9 32/17
32/24 42/11 44/21
hire [1] 22/20
his [30] 11/6 10/23
11/18 12/3 25/23 30/7
31/2 31/6 31/7 31/10
32/16 32/22 33/2 34/3
35/14 35/20 35/25
36/1 36/11 37/5 37/15
37/17 38/1 40/17
40/19 42/9 42/14
44/14 45/11 45/12
Hispanic [3] 30/4
38/20 38/22
history [1] 16/22
hold [3] 11/11 20/11
38/15
holidays [1] 50/2
Homeland [1] 26/22
Honor [18] 2/8 2/16
2/23 6/19 9/6 9/16
10/21 13/17 15/15
16/3 16/5 24/21 24/24
45/14 46/19 47/2
49/21 50/1
HONORABLE [3] 1/8

1/21 50/11
hotel [4] 40/21 44/14
44/18 44/21
hours [1] 5/19
house [3] 30/8 35/7
35/11
how [6] 4/19 10/13
16/14 31/23 47/3 47/7
However [1] 34/1
HSI [3] 26/24 27/17
28/9
human [67]

**I**

I will [3] 9/1 17/4
48/18
I'll [1] 28/5
I'm [9] 6/10 9/4 12/7
15/14 21/16 39/19
39/21 43/19 43/20
I.D [5] 30/23 30/25
31/6 31/11 34/8
identification [2]
31/5 31/9
identified [8] 13/8
25/3 25/24 27/15
28/25 33/21 42/6
44/23
identifiers [1] 29/13
identify [1] 31/12
if [25] 3/13 9/1 12/15
16/2 18/5 18/11 18/18
20/3 20/24 22/2 22/19
22/20 23/22 24/4
24/10 24/22 24/24
26/7 30/25 31/14
33/25 36/13 36/23
48/15 48/20
if you cannot [1]
22/20
Ike [1] 10/4
illegal [1] 27/1
illness [2] 5/7 6/5
immediately [2]
10/1 43/13
immigration [1]
20/18
importantly [1]
10/12
impose [4] 15/12
16/5 16/9 17/19
impossible [1] 25/17
imprisonment [2]
16/5 16/6
in [162]
in-court [1] 2/13
include [1] 20/10
included [3] 43/18
44/1 48/12
includes [1] 22/18
including [1] 42/3
independent [1]

47/20
indicated [5] 37/19
40/7 40/13 41/17 45/8
indictment [15]
6/21 8/2 8/15 9/18
9/20 10/5 13/1 13/3
13/9 24/20 34/23
46/22 47/4 47/8 48/7
individual [1] 28/15
28/19 29/8 33/11
33/20
induce [1] 18/25
influence [1] 5/12
information [2] 30/1
35/25
informed [4] 30/17
31/22 42/21 47/14
initial [1] 10/25
initiate [1] 21/1
innocence [1] 23/24
innocent [1] 22/9
inquire [1] 48/11
inquired [2] 25/5
40/20
inside [3] 27/25 28/6
35/23
inspection [3] 27/4
27/5 28/9
intel [1] 44/5
intelligent [1] 47/19
intent [3] 8/3 8/16
9/8
interaction [1]
44/22
interactions [1] 32/4
interdict [1] 41/15
interdicted [2] 44/24
45/16
interdiction [1] 45/6
interest [3] 10/17
11/9 12/3
interested [2] 25/6
34/1
internationally [1]
42/3
interpreter [8] 1/16
2/14 2/19 2/25 3/1
3/3 11/14 12/7
interview [2] 31/22
32/7
into [7] 11/22 11/23
12/3 28/23 30/22
35/23 47/23
introduced [1] 10/1
investigation [6]
17/5 41/21 42/5 44/6
48/13 49/3
Investigations [1]
26/22
investigator [1]
10/4
involved [6] 8/6

8/19 11/24 12/23
32/21 32/22
is [43] 2/6 2/21 3/20
4/14 6/6 6/11 6/21
7/20 8/4 8/6 8/8 9/13
10/13 12/9 12/11
12/25 14/12 14/24
15/13 15/20 16/15
17/3 17/25 19/16
19/23 20/3 20/4 24/22
29/2 31/12 32/15 33/5
33/24 36/13 37/11
38/11 38/16 40/23
45/23 47/11 48/9
48/12 50/7
issuance [1] 23/13
issued [1] 16/11
it [45] 7/2 7/3 7/25
8/1 9/2 9/3 9/4 9/5
11/8 12/3 13/19 14/12
15/16 18/17 22/19
24/22 25/16 25/18
25/19 25/25 27/23
30/20 31/11 32/9
32/25 33/5 34/10
34/15 35/21 35/24
38/16 38/22 39/8
39/11 39/23 40/15
40/23 43/21 44/12
45/23 46/22 47/11
48/7 48/8 48/18
it's [2] 10/16 49/14
item [1] 27/6
items [3] 28/10
28/13 28/15
its [12] 9/20 13/16
13/21 14/2 14/6 25/19
27/3 27/12 31/18
31/19 34/18 40/15

**J**

Jaan [1] 44/2
jail [1] 34/13
James [1] 1/10
Japan [1] 42/3
Jhonny [9] 2/5 2/12
3/12 3/22 21/15 25/3
47/13 47/14 48/5
Jimmy [1] 2/8
JOSE [11] 1/6 2/5
2/17 3/12 4/4 21/15
25/24 33/21 47/12
47/15 48/5
Juan [1] 44/23
JUDGE [11] 1/8 2/11
2/22 7/5 9/14 9/23
9/24 9/24 10/15 46/14
49/5
judges [1] 16/11
judgment [1] 48/8
July [11] 25/16
25/21 26/1 26/4 26/20

27/2 29/4 29/9 29/12
30/11 50/10
July 8 [1] 26/1
July 9 [1] 26/4
June [2] 25/5 25/10
jury [2] 20/11 22/3
just [9] 24/13 28/3
28/3 28/5 28/21 28/22
36/3 36/3 43/19

**K**

K-9 [2] 27/9 43/1
Kentucky [6] 10/23
11/1 11/4 33/8 33/16
33/24
kept [1] 37/25
kilogram [7] 25/13
26/14 32/24 35/3
36/15 37/1 37/13
kilograms [17]
26/13 32/1 32/6 33/2
33/7 33/15 35/2 35/5
35/6 36/16 36/19 37/1
39/4 39/8 41/23 45/4
45/7
kilos [1] 36/21
kind [4] 5/7 5/14
18/25 20/12
knew [2] 9/9 31/14
know [1] 30/10
knowing [1] 47/19
knowingly [3] 10/19
12/3 12/9
known [5] 3/23 4/2
30/1 35/14 44/6
knows [1] 33/23

**L**

lab [1] 45/7
label [1] 27/18
large [3] 27/23 31/16
42/9
last [1] 5/19
late [1] 49/15
later [6] 3/15 25/24
30/6 30/21 38/3 44/23
LAUDERDALE [7]
1/2 1/4 1/14 1/22
37/1 42/22 50/12
law [9] 1/13 16/1
25/23 29/16 34/12
34/24 42/5 42/14
43/14
lawyer [5] 13/16
13/21 19/11 22/20
31/3
learning [1] 32/5
least [1] 16/7
leave [1] 32/10
Lee [3] 26/20 27/21
30/11
left [4] 2/13 19/22

## L

**left... [2]** 29/21
30/15
**Lehigh [4]** 32/12
36/24 40/16 44/19
**less [1]** 32/15
**let [1]** 30/9
**Lexington [1]** 10/22
**license [4]** 29/24
30/3 39/17 40/4
**lied [1]** 41/5
**life [3]** 10/13 16/6
16/8
**light [3]** 36/3 36/3
**like [2]** 28/16 32/8
**likely [1]** 41/18
**likewise [1]** 28/21
**listed [1]** 13/1
**listen [1]** 21/18
**little [1]** 29/11
**lives [1]** 33/24
**local [1]** 10/23
**located [4]** 27/6
27/13 41/25 45/4
**location [5]** 29/1
29/23 30/13 30/18
30/21
**long [1]** 43/20
**longer [1]** 41/8
**look [1]** 40/10
**lost [2]** 13/18 43/21
**lower [1]** 17/25

## M

**Madame [1]** 3/1
**made [4]** 6/22 10/15
14/13 18/24
**magistrate [1]** 11/10
**maintain [1]** 42/13
**make [3]** 31/11
35/15 48/21
**making [1]** 3/16
**male [5]** 30/4 30/17
30/19 38/20 38/22
**mandatory [4]** 10/13
16/1 16/14 16/4
**marble [1]** 41/24
**March [5]** 49/6 49/7
49/12 49/13 50/3
**marked [1]** 29/4
**Martinez [1]** 44/3
**masking [2]** 28/2
28/8
**matter [3]** 11/8
11/19 50/8
**matters [2]** 48/12
48/19
**maximum [3]** 10/12
16/1 16/6
**may [16]** 2/2 3/14
13/17 15/21 16/5
16/14 17/18 18/6
18/13 20/5 21/1 35/6
36/5 38/11 41/7 48/15
**may be [2]** 2/2 48/15
**me [7]** 10/5 10/9
13/13 15/25 31/1
33/12 49/10
**meaning [3]** 34/14
38/20 39/2
**mechanic [6]** 36/9
36/12 39/10 39/13
39/22 39/25
**medication [2]** 5/13
5/18
**meet [2]** 10/2 48/14
**meetings [1]** 12/6
**mental [2]** 5/6 6/4
**merely [2]** 15/10
15/17
**Merlino [8]** 2/11
6/15 7/2 9/12 9/22
46/13 46/23 49/22
**message [6]** 26/4
26/6 38/5 38/6 38/18
38/19
**messages [1]** 40/19
**met [7]** 10/3 11/14
33/11 33/20 33/22
42/8 44/21
**meth [3]** 34/10 38/1
39/2
**methamphetamine
[59]**
**methodology [1]**
31/18
**Mexican [5]** 29/13
30/23 30/25 31/4
33/24
**Mexico [6]** 4/8 25/20
26/1 27/19 34/3 37/17
**Miami [13]** 1/11
29/18 29/19 30/7 33/3
33/4 33/8 33/8 33/17
33/17 34/2 34/11 44/7
**middle [1]** 38/13
**middleman [1]**
32/15
**million [1]** 16/9
**minimum [3]** 10/13
16/1 16/5
**Miranda [1]** 31/2
**missed [1]** 15/14
**moment [5]** 13/17
15/14 28/3 28/3 43/19
**Monday [4]** 25/18
38/12 40/23 41/18
**money [4]** 35/17
39/4 39/5 39/9
**months [1]** 33/2
**more [9]** 8/7 8/20
9/7 9/9 10/12 15/13
15/20 27/12 32/15
**Moreover [1]** 34/20

**morning [8]** 2/2 2/8
2/10 2/11 2/16 2/20
9/23 38/7
**Moscozo [9]** 2/5
2/12 3/12 3/22 21/15
25/3 47/13 47/15 48/5
**Motions [1]** 11/19
**Mr [179]**
**Mr. [10]** 3/6 3/12
3/21 5/25 7/4 7/25
8/22 9/21 21/15 46/23
**Mr. Guerra [4]** 3/21
5/25 7/25 46/23
**Mr. Jhonny [2]** 3/12
21/15
**Mr. Romero [4]** 3/6
7/4 8/22 9/21
**much [2]** 31/23
33/13
**multiple [5]** 11/15
11/24 34/16 41/23
41/23
**mustard [2]** 28/1
28/7
**my [6]** 2/12 2/18
3/14 5/6 10/4 41/4
**Myers [10]** 26/24
27/3 27/20 29/2 29/7
29/13 29/20 30/3
30/13 32/6
**myself [1]** 10/1

## N

**name [10]** 3/20 3/24
4/2 4/3 29/14 29/14
30/3 30/24 31/5 34/8
**named [2]** 33/11
33/20
**narcotic [1]** 5/7 5/13
27/9
**narcotics [5]** 26/21
27/1 40/24 41/8 43/2
**naturalized [1]** 21/1
**nature [1]** 47/16
**NE [1]** 1/11
**need [3]** 2/13 22/19
31/9
**needed [4]** 36/3 36/3
37/2 37/6
**needs [1]** 49/19
**negotiated [1]** 42/18
**negotiations [1]**
11/6
**neither [1]** 47/24
**net [1]** 32/1
**never [2]** 32/13
32/25
**new [1]** 38/3
**next [2]** 25/18 45/12
**no [38]** 1/2 3/25 4/4
5/3 5/9 5/11 5/15
5/17 5/20 5/22 6/1

6/3 6/7 6/9 7/22 7/24
14/12 15/1 15/3 19/3
19/5 19/8 19/10 19/18
19/20 24/11 24/21
26/15 29/8 29/16
31/25 41/7 46/7 46/9
49/12 49/21 49/23
50/1
**noncustodial [1]**
32/7
**nor [1]** 47/24
**not [24]** 7/21 10/17
11/11 11/20 14/13
17/4 17/10 18/19
19/16 21/7 21/20 22/2
23/22 23/23 30/8
31/24 32/9 38/6 38/21
38/22 41/16 46/16
47/5 47/9
**nothing [1]** 19/22
**November [38]** 37/4
37/7 37/9 37/15 37/17
37/21 38/8 38/11
38/12 38/17 38/24
39/1 39/10 39/22 40/5
40/8 40/12 40/16
40/22 40/24 40/25
41/1 41/13 41/14
41/17 41/18 41/20
42/16 42/20 42/25
43/3 43/6 43/9 43/13
44/9 44/10 44/20
44/24
**November 5 [1]**
37/4
**November 9 [4]**
37/7 37/15 37/21
42/16
**now [17]** 3/13 6/20
8/13 12/15 14/1 14/18
21/6 21/16 37/2 38/22
40/23 47/3 47/3 47/7
48/6 48/9 48/10
**number [17]** 2/6
27/17 29/21 30/15
37/10 37/18 38/3
41/12 42/17 43/7
43/10 43/18 43/21
43/23 44/2 44/4 44/17
**O**
**oath [1]** 3/13
**objections [2]** 46/4
48/17
**obtained [3]** 27/22
34/8 44/8
**occasions [1]** 11/15
**October [5]** 34/23
35/9 35/18 36/6 36/17
**odor [3]** 27/25 28/6
43/2
**off [2]** 42/22 43/4

**offense [7]** 16/22
20/2 20/3 20/4 21/21
47/21 48/6
**offered [1]** 35/1
**office [5]** 1/10 20/11
26/21 27/21 30/11
**officer [2]** 48/11
48/15
**officers [1]** 29/16
**Official [2]** 1/21
50/11
**Okay [2]** 15/16 43/25
**old [5]** 4/16 4/18
39/12 39/14 39/24
**on [80]**
**once [4]** 32/19 34/9
35/13 42/8
**one [5]** 13/17 24/22
32/16 32/21 35/5
**online [1]** 29/5
**only [9]** 14/18 17/3
26/12 31/11 32/23
35/17 39/3 42/7 46/16
**opened [1]** 28/14
**operation [3]** 27/24
28/25 30/12
**opportunity [4]**
13/15 13/21 16/13
48/17
**or [52]**
**order [4]** 2/1 28/24
30/13 49/2
**organization [1]**
41/22
**organizations [1]**
28/8
**original [2]** 28/9
28/23
**originally [2]** 29/3
32/14
**other [8]** 3/23 4/3
18/24 19/21 22/18
24/13 26/7 39/5
**others [2]** 17/3 25/1
**otherwise [1]** 30/1
**ounce [1]** 26/9
**ounces [3]** 26/9
26/12 32/23
**out [3]** 10/3 32/25
34/13
**over [11]** 10/5 10/6
10/10 10/12 11/16
27/16 28/21 28/21
28/22 40/17 42/14
**overlap [1]** 41/21
**own [3]** 21/8 22/20
48/21
**owner [13]** 42/4
42/4 42/6 42/7 42/10
42/13 42/18 42/20
43/8 43/11 43/14
43/17 43/25

**P**

**p.m [4]** 41/2 43/6 43/9 43/10
**package [33]** 26/23 27/7 27/9 27/12 28/19 28/20 28/20 28/21 28/22 28/23 29/1 29/2 29/9 29/14 29/18 29/19 30/18 30/19 30/23 31/8 31/9 31/14 31/15 31/18 31/21 31/23 32/1 34/6 34/7 34/10 34/11 34/14 41/16
**page [1]** 14/20
**paid [2]** 37/2 44/21
**parcel [19]** 26/25 27/1 27/10 27/16 28/6 29/4 29/7 30/14 34/18 41/15 41/18 44/8 44/11 44/25 45/1 45/13
**parcels [2]** 42/7 42/13
**parole [2]** 18/17 18/19
**part [1]** 31/5
**partake [1]** 9/7
**participated [3]** 9/11 12/2 32/16
**parts [1]** 31/24
**past [2]** 32/24 32/25
**Patricia [2]** 2/24 49/2
**Patrol [1]** 27/2
**Paul [1]** 11/15
**pay [2]** 32/22 35/5
**payment [5]** 42/24 43/5 43/8 43/12 43/15
**penalty [2]** 16/1 16/2
**pending [1]** 6/21
**people [2]** 9/7 32/24
**per [4]** 25/13 36/14 37/1 37/13
**percent [1]** 45/8
**perjury [1]** 3/16
**permitting [2]** 15/11 15/19
**persist [1]** 21/21
**persistent [1]** 42/12
**person [2]** 11/15 28/25
**personal [1]** 10/3
**pertains [11]** 7/3 7/3 7/25 9/3 9/3 9/4 9/5 11/17 46/22 48/7 48/8
**phone [11]** 29/21 33/10 33/19 34/25 35/10 35/19 37/10

37/23 38/14 44/4 44/17
**physical [1]** 6/4
**physician [1]** 5/24
**pick [9]** 29/8 30/20 31/7 31/9 31/20 34/5 45/12 45/13 45/15
**picked [1]** 43/16
**picking [1]** 34/7
**pickup [6]** 29/5 29/7 29/20 30/16 30/18 31/19
**picture [5]** 25/14 26/11 29/23 31/4 31/10
**placard [1]** 29/6
**placed [3]** 28/19 29/6 38/14
**Plaintiff [1]** 1/4 1/10
**plan [3]** 9/8 9/10 9/11
**plate [2]** 29/24 30/3
**plea [34]** 1/7 2/21 6/16 8/13 10/17 11/22 11/23 12/4 12/9 13/14 13/14 13/20 14/1 14/6 14/14 14/18 14/25 15/4 15/10 15/12 15/17 15/19 17/11 20/4 21/17 21/22 24/11 46/15 46/17 47/14 47/17 47/22 47/24 48/1
**plead [11]** 8/1 8/8 8/14 8/21 16/15 19/1 19/7 21/20 22/2 47/3 47/7
**pleading [4]** 20/3 20/25 21/8 21/14
**pleas [4]** 47/18 47/19 47/24 48/4
**please [7]** 2/3 2/7 3/6 15/25 21/18 24/19 33/12
**point [1]** 10/6
**Pompano [5]** 39/11 39/23 41/15 44/3 44/25
**pose [1]** 15/20
**positive [1]** 28/18
**positively [1]** 27/15
**possess [4]** 8/3 8/16 9/8 20/12
**possessing [1]** 30/23
**possession [1]** 26/25
**possibility [1]** 16/8
**possible [3]** 7/9 10/14 10/14
**posted [1]** 34/13
**potential [2]** 10/25 11/5
**powdery [3]** 27/14

28/15 28/17
**prepared [1]** 16/15
**prescription [1]** 5/13
**presence [3]** 15/5 27/10 28/18
**present [3]** 1/16 2/17 29/16
**presented [1]** 47/23
**presentence [3]** 17/5 48/13 49/2
**presumably [2]** 36/14 38/21
**presumed [1]** 22/9
**presumption [1]** 23/24
**presumptive [1]** 28/16
**prevent [1]** 6/5
**previous [1]** 30/16
**price [3]** 36/14 37/12 42/18
**priced [1]** 25/12
**prior [3]** 34/6 34/18 48/10
**prison [1]** 18/19
**probation [2]** 48/11 48/14
**proceeded [1]** 24/25
**proceeding [1]** 22/18
**proceedings [3]** 21/2 50/4 50/8
**process [1]** 23/14
**product [1]** 26/8
**promise [1]** 18/25
**promises [1]** 14/13
**promotion [1]** 23/15
**proof [1]** 43/11
**property [3]** 13/1 13/2 13/8
**pros [1]** 11/22
**prosecution [1]** 3/15
**prosecutor [4]** 10/2 11/7 12/18 46/5
**Protection [1]** 27/8
**prove [3]** 9/7 12/16 22/10
**proved [1]** 24/25
**provided [5]** 16/1 25/13 43/15 43/17 43/25
**PSI [1]** 48/12
**psychiatrist [1]** 5/24
**psychologist [1]** 5/24
**purchase [7]** 25/8 26/12 39/5 39/13 39/14 39/25 40/1
**purchased [2]** 26/16 39/8
**purchasing [1]** 25/6

**pure [1]** 45/9
**purpose [2]** 9/10 10/24
**pursuant [3]** 8/5 8/18 16/21
**pursue [1]** 10/17
**put [1]** 46/15

**Q**

**quantities [1]** 32/24
**quantity [1]** 31/25
**quartz [1]** 45/3
**Queretaro [1]** 27/19
**queried [1]** 29/25
**question [2]** 4/1 46/25
**questions [2]** 3/14 14/24

**R**

**Rafael [1]** 44/2
**raise [2]** 3/2 3/6
**RAMIREZ [106]**
**Ramirez's [3]** 33/22 40/14 44/21
**Ramon [6]** 27/19 28/25 29/14 30/24 31/5 34/8
**RASSIE [3]** 1/20 50/10 50/10
**rather [1]** 25/18
**ray [4]** 27/5 27/11 28/9 41/24
**reached [1]** 4/21
**react [1]** 31/24
**read [1]** 14/19
**ready [1]** 30/18
**really [1]** 43/20
**reasonable [3]** 12/17 22/11 25/1
**receive [8]** 11/13 17/12 26/14 29/1 32/19 34/21 36/9 40/14
**received [8]** 6/21 28/18 33/10 33/19 34/9 35/21 38/5 38/14
**receiving [4]** 34/11 34/20 42/12 44/5
**recently [2]** 33/6 33/14
**recommendations [4]** 15/10 15/11 15/18 15/19
**record [3]** 2/7 9/1 46/14
**recorded [13]** 31/22 34/25 35/10 35/19 36/7 36/18 37/5 37/10 37/22 38/9 38/13 38/25 44/22
**redirected [1]** 29/18

**reference [1]** 26/23
**referred [2]** 40/17 41/4
**refers [1]** 40/17
**regarding [6]** 11/25 19/12 31/19 32/5 34/17 41/21
**regardless [1]** 21/6
**regards [2]** 24/20 46/22
**reiterated [2]** 35/11 40/19
**reject [2]** 15/11 15/18
**release [1]** 16/7
**released [1]** 18/19
**relevant [1]** 11/18
**reliable [1]** 36/1
**remain [3]** 11/9 20/19 24/22
**remained [1]** 43/5
**removed [1]** 28/12
**rent [7]** 32/22 37/16 39/16 39/17 40/3 40/4 45/10
**repacked [1]** 28/23
**repeat [3]** 13/19 15/16 28/5
**replied [1]** 31/1
**report [4]** 17/5 48/12 48/13 48/16
**REPORTED [1]** 1/20
**Reporter [2]** 1/21 50/11
**reports [1]** 49/3
**represent [1]** 14/6
**representation [2]** 7/15 7/21
**representative [3]** 35/14 36/12 38/1
**requested [2]** 39/12 39/24
**requests [1]** 48/17
**rerouted [1]** 29/19
**resident [2]** 5/2 5/5
**resides [1]** 32/12
**respect [2]** 3/11 8/13
**respectfully [1]** 9/21
**respectively [1]** 48/9
**rest [2]** 39/5 39/9
**result [5]** 17/11 26/16 28/18 45/6 47/24
**results [1]** 45/7
**retain [1]** 23/23
**retained [2]** 10/21 10/24
**retrieve [1]** 30/13
**return [1]** 20/19
**returned [3]** 30/2

# R

**returned... [2]** 38/15
43/3
**reviewed [3]** 10/10
12/5 17/5
**RICARDO [13]** 1/6
2/5 2/17 3/12 4/4
21/15 25/24 33/11
33/20 33/21 47/12
47/15 48/5
**Richard [1]** 2/11
**right [37]** 2/15 2/18
2/20 3/2 3/6 3/11
4/14 4/19 5/1 6/20
7/25 12/24 13/13
13/19 16/10 17/18
20/10 20/11 20/11
20/12 21/14 21/20
22/3 22/16 22/19
22/25 23/6 23/13
23/20 24/5 24/12
24/22 45/23 46/10
46/18 47/3 47/11
**rights [4]** 20/6 21/17
24/13 46/11
**RMR [2]** 1/20 50/10
**RMR-CRR [2]** 1/20
50/10
**Road [1]** 44/3
**RODNEY [3]** 1/8
1/21 50/11
**Rodriguez [1]** 10/4
**ROMERO [94]**
**Romero's [1]** 11/9
**Room [2]** 1/22 50/12
**ROSSEN [1]** 1/13
**route [1]** 27/3
**Ruben [1]** 42/6
**Ryan [1]** 11/15

# S

**said [25]** 25/18
30/19 35/19 35/24
35/24 36/1 36/2 36/5
36/21 38/1 39/9 39/11
39/13 39/16 39/22
39/23 39/25 40/3
40/23 45/18 45/19
46/5 49/8 49/11 49/19
**same [6]** 4/1 6/18
30/23 37/22 41/22
46/25
**San [6]** 41/21 41/22
42/1 42/4 42/21 44/5
**Sanchez [2]** 27/18
27/18
**Sanchez-Sanchez
[1]** 27/18
**satisfied [7]** 7/14
7/21 9/12 11/12 12/2
46/11 46/20
**Saturday [1]** 38/11

**saying [2]** 6/11 26/5
**scale [1]** 28/20
**scarce [1]** 37/12
**scheduled [2]** 10/8
40/23
**school [3]** 4/19 4/24
4/24
**score [1]** 16/22
**screen [1]** 25/25
**screenshot [2]** 25/22
41/11
**sealed [1]** 28/10
**search [6]** 27/12
27/13 27/22 44/8 45/1
45/6
**seated [3]** 2/3 2/12
24/22
**second [2]** 4/25
33/12
**secondary [1]** 4/24
**secrete [1]** 35/22
**secreted [1]** 41/24
**section [3]** 8/5 8/6
8/19
**Sections [1]** 8/18
**Security [1]** 26/22
**Securus [1]** 11/16
**see [4]** 22/25 31/1
38/6 50/3
**seeking [1]** 12/25
**seen [1]** 10/6
**seized [4]** 27/1 32/6
34/15 45/7
**seizure [1]** 27/4
**seizures [1]** 41/23
**sell [1]** 34/10
**semi [1]** 27/24
**send [5]** 35/14 35/17
35/25 36/18 38/23
**sending [2]** 36/10
36/15
**sent [11]** 25/21 26/4
26/10 30/7 31/11 34/4
35/20 36/13 38/22
41/25 44/17
**sentence [13]** 15/13
15/20 16/12 16/20
17/3 17/4 17/12 17/19
17/24 17/25 18/7
18/13 28/5
**sentenced [1]** 18/19
**sentencing [13]**
10/10 10/14 16/10
16/14 16/21 17/24
18/1 18/6 18/12 48/10
48/18 49/3 49/5
**serve [1]** 20/11
**set [7]** 9/2 11/10
24/19 33/1 47/4 47/8
49/3
**several [3]** 25/21
33/2 41/6

**severe [2]** 15/13
15/20
**shall [1]** 48/20
**she [2]** 49/8 49/10
**Sheriff's [4]** 26/21
27/21 29/5 30/11
**shipment [11]** 34/20
37/19 40/7 42/22
42/23 42/24 43/4 43/5
43/15 43/18 44/1
**shipments [1]** 42/9
**shipped [2]** 27/18
42/2
**shipper [1]** 42/7
**shipping [3]** 27/18
42/12 42/19
**shop [3]** 35/22 36/9
36/12
**short [1]** 24/21
**shortly [3]** 10/2 10/9
25/7
**shot [1]** 25/25
**showed [2]** 28/10
43/11
**sign [2]** 14/18 15/4
**signed [2]** 13/14
13/20
**silence [1]** 23/22
**sir [120]**
**slightly [1]** 37/19
**small [3]** 32/20
34/20 40/20
**SMITH [4]** 1/8 1/21
2/6 50/11
**sniff [2]** 27/9 43/1
**so [8]** 10/18 10/19
18/18 21/18 23/21
29/17 38/22 43/21
**sold [1]** 32/23
**solely [1]** 17/11
**solid [1]** 28/13
**some [2]** 17/17 34/1
**soon [1]** 26/18
**sorry [5]** 9/4 15/14
39/19 39/21 43/21
**sound [1]** 13/18
**source [77]**
**source's [1]** 44/16
**sources [1]** 36/24
**South [1]** 25/4
**SOUTHERN [2]** 1/1
11/5
**space [1]** 27/6
**Spanish [5]** 1/16
2/13 2/18 31/2 46/16
**speak [2]** 31/3 38/1
**specifically [1]** 9/19
**spoke [1]** 26/1
**start [3]** 9/22 35/6
49/15
**starting [3]** 3/20 7/4
40/10

**state [5]** 2/7 4/1 4/2
9/17 27/22
**stated [38]** 12/17
25/25 26/8 26/14
26/18 29/7 31/10
31/15 31/17 32/13
32/23 32/25 33/1
33/10 33/19 34/7 34/9
34/14 34/16 35/6
36/11 36/12 36/18
37/5 37/6 37/11 37/14
37/15 37/23 38/22
39/1 39/3 40/21 41/16
41/22 42/7 42/10
43/15
**statement [3]** 3/16
9/13 45/24 46/21
48/21
**states [18]** 1/1 1/4
1/8 1/10 2/4 2/9 4/9
5/2 8/1 8/4 8/5 8/14
8/17 8/19 16/10 20/19
27/2 32/13
**stating [2]** 19/21
31/7 38/20
**status [2]** 20/18
42/12
**statutory [3]** 10/12
16/4 16/6
**stay [1]** 35/14
**stayed [1]** 42/10
**staying [1]** 44/14
**STENOGRAPHICALL
Y [1]** 1/20
**steps [2]** 9/17 12/10
**Still [1]** 38/17
**stipulated [1]** 11/9
**store [18]** 41/25
42/4 42/6 42/7 42/9
42/10 42/13 42/18
42/20 42/23 43/1 43/4
43/5 43/8 43/11 43/14
43/17 43/25
**strategies [3]** 7/10
10/14 11/19
**Street [1]** 1/11
**style [1]** 45/3
**subject [3]** 29/14
30/17 30/19
**subpoenas [1]** 23/14
**subsequent [1]**
35/16
**subsequently [1]**
27/16
**substance [5]** 8/4
8/17 27/14 28/16
28/17
**such [1]** 20/5
**sufficient [1]** 46/21
**Suite [1]** 1/14
**supervised [1]** 16/7
**supplier [2]** 33/7

33/16
**suppliers [1]** 33/3
**supply [1]** 25/23
**supported [1]** 47/19
**sure [1]** 35/15
**surety [1]** 10/3
**surveillance [2]**
29/17 42/25
**suspected [2]** 26/23
26/25
**suspicion [1]** 27/5
**suspicious [1]** 31/18
**swear [1]** 2/24
**sworn [2]** 3/3 3/7
**system [1]** 18/18

# T

**table [1]** 45/2
**tables [1]** 43/2
**tabletop [4]** 42/24
43/4 43/3 45/5
**tabletops [6]** 41/24
42/19 42/22 43/1 45/3
45/15
**take [2]** 13/1 36/20
**taken [3]** 5/18 9/18
12/10
**takes [1]** 35/24
**talk [6]** 13/15 13/21
16/13 32/9 32/11
48/22
**taped [2]** 28/13
28/15
**Tarras [9]** 1/13 2/16
6/18 7/3 9/15 10/20
46/18 47/1 49/25
**telephone [6]** 30/15
37/18 38/3 42/17 43/7
43/10
**tell [1]** 49/10
**ten [6]** 10/13 16/5
16/9 26/8 35/6 36/18
**ten million [1]** 16/9
**ten-year [1]** 10/13
**term [2]** 16/6 16/7
**terms [2]** 15/9 15/17
**test [1]** 28/17
**testify [2]** 23/21
23/22
**text [4]** 37/19 38/5
40/6 40/13
**TForce [6]** 41/12
41/15 41/15 41/17
43/16 44/25
**than [3]** 15/20 17/25
49/15
**Thank [16]** 2/20 3/5
3/10 6/20 9/24 10/20
10/21 33/13 39/20
45/17 46/18 46/20
49/21 50/1 50/2 50/3
**Thanksgiving [1]**

**T**

**Thanksgiving... [1]** 44/12
**that [173]**
**that's [3]** 2/22 24/23 31/1
**their [6]** 29/5 41/21 45/15 46/11 47/17 47/17
**them [8]** 9/19 36/4 36/22 38/20 38/23 39/2 42/21 45/13
**then [9]** 11/7 22/3 25/13 26/10 29/22 32/17 41/10 44/14 44/17
**there [13]** 7/20 14/12 14/24 19/16 24/11 29/16 39/13 39/25 40/7 40/17 40/21 41/23 46/21
**there's [4]** 12/23 16/8 19/22 24/21
**thereafter [3]** 10/2 10/9 25/7
**therefore [1]** 48/4
**these [3]** 20/10 26/16 43/13
**they [8]** 21/18 26/24 32/8 35/6 35/21 35/22 37/6 37/16
**they're [1]** 46/12
**thing [2]** 6/18 11/3
**third [2]** 42/24 43/4
**this [26]** 6/16 6/22 7/15 9/24 10/11 10/17 11/8 11/10 11/12 11/13 11/18 11/21 11/24 14/13 22/18 24/22 24/24 31/19 33/8 33/17 37/24 43/20 45/10 45/24 47/11 47/12
**thorough [1]** 27/12
**those [4]** 8/24 12/17 24/13 48/19
**thought [1]** 49/23
**threats [1]** 47/25
**three [5]** 33/2 36/20 39/4 39/8 45/2
**through [9]** 11/16 11/17 21/22 27/11 32/3 33/3 33/5 33/22 42/11
**thumb [1]** 10/10
**Thursday [2]** 39/10 39/22
**time [10]** 10/6 10/24 25/19 29/17 32/10 32/11 43/20 48/14 48/20 49/10

**times [1]** 41/6
**Title [4]** 8/4 8/5 8/17 8/18
**today [4]** 6/6 6/11 12/8 46/12
**told [19]** 25/11 25/16 26/2 26/12 29/17 29/18 30/6 30/9 31/15 34/13 36/25 38/10 38/15 39/7 40/9 41/4 41/7 44/10 44/15
**tomorrow [3]** 26/3 40/16 44/12
**took [1]** 31/10
**Tortugas [1]** 31/15
**total [1]** 28/20
**totaled [1]** 28/11
**totality [1]** 10/16
**traceable [1]** 13/2
**tracking [7]** 27/17 29/22 41/12 41/17 43/18 43/23 44/1
**traffickers [1]** 28/2
**trafficking [3]** 28/8 32/21 41/22
**trailer [4]** 36/5 36/20 37/3 39/1
**transaction [4]** 32/19 35/16 40/24 41/8
**transactions [1]** 35/16
**transcription [1]** 50/8
**translated [1]** 46/15
**transparent [1]** 41/10
**transpired [1]** 45/24
**transported [1]** 11/4
**treated [1]** 5/6
**treatment [1]** 5/24
**trial [11]** 10/17 11/23 12/16 21/22 22/3 22/9 22/17 24/11 24/12 24/13 24/25
**truck [6]** 39/12 39/14 39/24 40/1 45/11 45/13
**trucks [1]** 27/24
**true [1]** 45/24
**Tuesday [3]** 25/18 37/7 37/15
**turn [1]** 42/13
**turned [1]** 27/16
**Turning [1]** 34/23
**two [8]** 9/7 27/23 33/11 33/20 36/20 42/22 43/1 45/14
**type [1]** 34/19
**typically [2]** 27/24 42/8

**U**

**ultimately [4]** 11/8 12/2 45/12 45/14
**unaware [1]** 34/18
**under [5]** 3/13 5/12 5/23 17/17 32/9
**undercover [2]** 28/24 30/12
**underlying [1]** 11/25
**understand [26]** 3/13 6/10 8/11 8/24 12/15 12/19 12/25 14/1 15/9 15/17 16/20 17/2 17/10 17/17 17/23 18/5 18/11 20/2 20/17 20/24 21/20 22/2 22/8 24/10 46/11 48/23
**understanding [4]** 6/5 11/11 12/11 14/7
**understands [1]** 12/8
**understood [3]** 12/8 14/19 31/16
**unidentified [2]** 27/5 27/14
**Unit [1]** 26/21
**UNITED [16]** 1/1 1/4 1/8 1/10 2/4 2/9 4/9 5/2 8/4 8/5 8/17 8/18 16/10 20/19 27/1 32/13
**units [5]** 27/23 28/10 28/13 28/24 31/16
**unknown [3]** 28/10 38/19 38/22
**unlawful [2]** 9/8 9/10
**unless [1]** 23/21
**unpackaged [1]** 36/14
**until [3]** 17/4 38/6 40/7
**up [20]** 16/6 16/7 16/9 21/17 24/12 29/8 30/20 31/7 31/9 31/20 33/1 34/5 34/7 34/7 37/2 43/16 45/12 45/13 45/15 46/12
**updates [1]** 29/22 42/12
**upon [5]** 27/11 34/6 34/11 40/15 47/17
**UPS [13]** 41/12 41/25 42/4 42/6 42/13 42/18 42/20 42/23 43/1 43/3 43/5 43/11 43/14
**UPS/TForce [1]** 41/12
**upward [1]** 18/6

**use [2]** 36/12 39/5
**used [8]** 3/15 13/2 23/23 27/24 28/2 28/8 36/9 42/8
**using [7]** 37/17 40/5 40/12 41/2 42/17 43/7 43/10
**Ustynoski [10]** 1/10 2/9 11/8 11/25 12/18 33/13 39/18 39/20 43/19 49/20
**utilized [1]** 28/24
**utilizing [1]** 27/9

**V**

**valuable [1]** 20/5
**variety [1]** 11/19
**vary [3]** 17/24 18/6 18/12
**vehicle [9]** 29/24 29/25 30/11 32/24 35/23 36/2 36/5 39/16 40/3
**vehicles [1]** 31/16
**verbally [2]** 30/19 46/16
**versus [2]** 2/5 11/23
**very [3]** 33/13 42/11 43/21
**via [4]** 34/20 37/19 40/6 40/13
**video [1]** 11/16
**violation [2]** 8/4 8/17
**voluntarily [5]** 10/19 12/9 23/21 32/11 47/23
**voluntary [2]** 32/9 47/19
**vote [1]** 20/10

**W**

**wait [1]** 26/18
**waive [1]** 11/3
**waived [1]** 24/12
**waiving [1]** 21/17
**want [4]** 2/24 35/6 41/8 46/14
**wanted [2]** 26/13 35/11
**warnings [1]** 31/2
**warrant [4]** 27/22 44/8 45/1 45/6
**was [86]**
**way [7]** 19/6 23/23 24/21 25/19 38/11 38/16 44/19
**we [7]** 10/10 11/2 11/17 11/19 12/5 13/17 49/14
**we'll [2]** 9/22 50/3
**We're [1]** 2/21

**Wednesday [2]** 39/1 41/13
**week [6]** 25/17 25/18 26/15 35/5 35/24 37/24
**weight [2]** 28/17 32/1
**well [10]** 11/16 11/25 16/2 21/19 24/12 32/5 42/3 43/1 44/6 49/14
**went [6]** 10/5 10/10 10/12 11/17 12/15 30/22
**were [18]** 4/5 12/6 24/4 26/21 26/24 29/16 31/18 34/17 34/19 41/20 41/23 41/25 44/22 45/7 45/15 45/16 47/23 47/24
**what [14]** 3/20 4/14 6/6 27/25 28/6 31/14 34/14 34/18 44/6 45/19 45/24 46/5 46/11 49/8
**what's [1]** 12/8
**WhatsApp [1]** 42/11
**when [9]** 4/9 10/1 30/8 30/10 34/13 35/21 37/6 37/16 38/15
**where [6]** 4/5 4/20 29/2 32/14 35/22 44/11
**whether [2]** 4/2 25/5
**which [27]** 6/5 8/2 8/4 8/15 10/6 10/13 11/13 12/1 12/17 16/21 20/3 20/25 26/8 27/14 28/11 29/2 29/24 30/2 31/16 32/17 33/5 34/2 36/19 40/16 40/17 45/15 48/12
**while [3]** 27/2 29/11 30/23
**white [2]** 27/14 28/15
**who [8]** 10/2 10/24 25/23 33/24 40/14 41/4 44/14 48/22
**who's [3]** 2/17 2/18 10/4
**whole [1]** 12/1
**whom [1]** 33/22
**why [3]** 33/5 39/15 40/2
**will [41]** 9/1 9/17 15/16 15/25 16/20 17/4 17/10 18/19 20/4 21/8 22/16 24/11

| W | | | | |
|---|---|---|---|---|
| **will... [29]**  24/19 | | | | |
| 26/3 30/9 35/20 35/25 | | | | |
| 36/15 36/20 36/21 | | | | |
| 37/14 37/23 38/1 | | | | |
| 38/23 39/1 39/10 | | | | |
| 39/11 39/22 39/23 | | | | |
| 40/14 40/15 41/16 | | | | |
| 41/18 48/11 48/12 | | | | |
| 48/14 48/16 48/16 | | | | |
| 48/18 49/6 49/14 | | | | |
| **willfully [2]**  9/10 | | | | |
| 31/21 | | | | |
| **willingly [1]**  9/10 | | | | |
| **wish [2]**  48/15 48/20 | | | | |
| **wishes [1]**  48/22 | | | | |
| **withdraw [3]**  15/12 | | | | |
| 15/19 17/11 | | | | |
| **within [2]**  31/24 | | | | |
| 45/5 | | | | |
| **without [3]**  15/11 | | | | |
| 15/19 31/3 | | | | |
| **witnesses [3]**  23/1 | | | | |
| 23/7 23/15 | | | | |
| **words [1]**  19/21 | | | | |
| **worked [1]**  32/25 | | | | |
| **working [1]**  33/23 | | | | |
| **would [49]**  6/5 9/2 | | | | |
| 9/6 11/3 11/8 11/11 | | | | |
| 11/20 11/20 12/16 | | | | |
| 22/3 22/9 22/10 22/25 | | | | |
| 23/6 23/13 23/20 | | | | |
| 23/23 24/4 24/12 | | | | |
| 24/25 25/6 26/14 | | | | |
| 29/10 29/19 30/20 | | | | |
| 31/9 32/8 32/17 32/17 | | | | |
| 32/19 34/19 35/5 | | | | |
| 35/14 35/17 35/22 | | | | |
| 35/22 36/10 36/11 | | | | |
| 36/14 36/18 36/23 | | | | |
| 36/25 37/1 37/3 37/7 | | | | |
| 37/15 37/16 37/19 | | | | |
| 39/8 | | | | |
| **writing [1]**  46/16 | | | | |
| **written [5]**  6/22 | | | | |
| 13/13 13/14 13/20 | | | | |
| 14/1 | | | | |
| **X** | | | | |
| **x-ray [4]**  27/5 27/11 | | | | |
| 28/9 41/24 | | | | |
| **Y** | | | | |
| **YA2DSC [1]**  29/24 | | | | |
| **year [5]**  4/22 4/25 | | | | |
| 10/13 32/22 37/12 | | | | |
| **years [6]**  4/16 4/18 | | | | |
| 16/5 16/7 33/11 33/20 | | | | |
| **yes [117]** | | | | |
| **you [161]** | | | | |
| **you're [1]**  16/15 | | | | |
| **your [71]** | | | | |