**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-60875-CV-SMITH**
**(22-60131-CR-SMITH)**

JOSE RICARDO RAMIREZ ROMERO,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.

                                  /

## <u>ORDER DENYING MOTION TO VACATE</u>

This matter is before the court on movant's *pro se* Motion to Vacate [DE 1], filed pursuant to 28 U.S.C. § 2255. The Court takes judicial notice of the records in Movant's criminal case no. 22-6-131-CR-SMITH.[1] *See* Fed. R. Evid. 201; *Nguyen v. United States,* 556 F.3d 1244, 1259 n.7. For the reasons explained herein, the Motion is DISMISSED as premature.

On March 29, 2023, the Court entered a judgment adjudicating Movant guilty of two counts of conspiracy to possess with intent to distribute a controlled substance and sentencing him to concurrent terms of 204 months imprisonment. (CR-DE 133.) A notice of appeal was filed on April 11, 2023. (CR-DE 139.) The appeal was dismissed on May 17, 2023 for lack of prosecution. (CR-DE 150.) On May 22, 2024, the instant motion to vacate was filed. (CR-DE 199.) On June 5, 2024, the appeal was reinstated. (CR-DE 200.) The direct appeal is currently pending in the Eleventh Circuit and Movant is proceeding *pro se* in the appeal.

Because Movant's direct appeal is still pending in the Eleventh Circuit, and, accordingly, no mandate has issued, the Motion is premature. *See United States v. Khoury*, 901 F.2d 975, 976

---

[1] Citations to the criminal case will be noted as follows: "CR-DE".

(11th Cir. 1990) ("[A] defendant may not seek collateral relief while his direct appeal is pending.");

*see also Zaklama v. Mount Sinai Med. Ctr.*, 906 F.2d 645, 649 (11th Cir. 1990) (The appellate

court "retains jurisdiction over an appeal until it has issued a mandate to implement its disposition."

(quoting *United States v. Cook*, 592 F.2d 877, 890 (5th Cir. 1979))).

Accordingly, it is

      **ORDERED AND ADJUDGED** that:

1.  This Motion to Vacate [DE 1] is **DISMISSED** without prejudice as premature.

2.  The Clerk is directed to **CLOSE** this case.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of May 2025.

 

                                    _____

                                    RODNEY SMITH
                                    UNITED STATES DISTRICT JUDGE

cc:
Jose Ricardo Ramirez Romero
07534-510
Allenwood Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1000
White Deer, PA 17887
PRO SE

Carolina Perez Schmerold
DOJ-USAO
99 N.E. 4th St.
Miami, FL 33132
Email: carolina.perez@usdoj.gov

Antoinette T. Bacon
DOJ-USAO
Ivis Williams
99 NE 4th Street
Miami, FL 33131
Email: antoinette.t.bacon@usdoj.gov